## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

BARRY ANGELINE and MARK ROZYCKI,

    Plaintiffs,

v.

TAMIRIS ALDARONDO JIMENEZ,
in her individual personal capacity,

    Defendant.

**Civil Action No. 3:26-cv-01340-CVR**

NOTICE TO CORRECT
DOCKET CAPTION

*Judge Camille L. Velez-Rive*

### NOTICE TO CORRECT DOCKET CAPTION

Plaintiffs Barry Angeline and Mark Rozycki, proceeding pro se, respectfully bring to the Court's attention a clerical discrepancy between the spelling of Defendant's name as pleaded in the Complaint and the spelling reflected on the docket of this action.

The Complaint filed on June 2, 2026 (Docket No. 1) identifies the Defendant by name as "Tamiris Aldarondo Jimenez" — spelled with the letter "i" in the first name and without a hyphen between the surnames. This is the correct spelling of Defendant's legal name.

The docket caption as currently maintained in this Court's CM/ECF system identifies the Defendant as "Tamaris Aldarondo-Jimenez," with the first name spelled with the letter "a" and with a hyphen between the surnames.

Plaintiffs respectfully request that the Clerk of Court update the docket caption to reflect Defendant's name as it appears in the Complaint at Docket No. 1, namely "Tamiris Aldarondo Jimenez," so that the docket caption conforms to the pleadings of record.

1

No party has been prejudiced by the existing docket entries; this Notice is submitted solely to maintain consistency between the docket and the operative pleading.

Respectfully submitted,

Dated: June 11, 2026

Barry Angeline, Pro Se
43374 Carys Brook Court
Ashburn, Virginia 20147
(703) 994-6832
barry.angeline@gmail.com

Mark Rozycki, Pro Se
121 Pin Oak Way
Hamilton, Georgia 31811
(706) 457-2270
markrozycki@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, the foregoing Notice was filed with the Clerk of the Court for the United States District Court for the District of Puerto Rico via the Court's CM/ECF electronic filing system. Defendant has not yet appeared in this action; service of this Notice upon Defendant will be effected in accordance with Federal Rule of Civil Procedure 5 once Defendant has appeared or has been served with the Complaint.

Dated: June 11, 2026

Barry Angeline, Pro Se

2