## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| BARRY ANGELINE and MARK ROZYCKI, | **Civil Action No. 3:26-cv-01340-CVR** |
| Plaintiffs, | |
| v. | NOTICE OF FILING EXHIBITS<br>IN SUPPORT OF COMPLAINT |
| TAMIRIS ALDARONDO JIMENEZ,<br>in her individual personal capacity, | *Judge Camille L. Velez-Rive* |
| Defendant. | |

### NOTICE OF FILING EXHIBITS
### IN SUPPORT OF COMPLAINT

Plaintiffs Barry Angeline and Mark Rozycki, proceeding pro se, pursuant to Federal Rule of Civil Procedure 10(c), hereby file the exhibits identified in the Exhibit List incorporated into the Complaint filed on June 2, 2026 (Docket No. 1).

At the time the Complaint was filed on June 2, 2026, Plaintiffs had not yet been granted leave to file documents electronically through this Court's CM/ECF system and accordingly were unable to file the exhibits identified in the Complaint's Exhibit List. By Order entered June 4, 2026 (Docket No. 5), the Court granted Plaintiff Angeline leave to register for and file electronically via CM/ECF. Plaintiffs now file the exhibits identified in the Complaint's Exhibit List as attachments to this Notice.

All sixteen exhibits referenced in the Complaint's Exhibit List (Exhibits A through P) are filed as PDF attachments to this Notice. Exhibits A, B, and C are Reports of Investigation produced by the FEMA Office of Professional Responsibility (ROI 20200490 covering Bates

FEMA-C000001 through FEMA-C000089; ROI 20200564 covering Bates FEMA-C000090 through FEMA-C000256; and ROI 20200565 covering Bates FEMA-C000257 through FEMA-C000482, respectively).

An Index of Exhibits identifying each exhibit by its assigned identifier, file name as filed, and a brief description of its content is filed contemporaneously as Attachment 1 to this Notice for the convenience of the Court.

Plaintiffs respectfully request that the Court direct the Clerk to associate this Notice and the accompanying exhibits with the Complaint at Docket No. 1, and to treat the exhibits as filed in support of the Complaint pursuant to Federal Rule of Civil Procedure 10(c) for all purposes in this action.

The exhibits filed contemporaneously with this Notice are:

> **Exhibit A:** ROI 20200490 (Carreiro investigation), Bates FEMA-C000001 through FEMA-C000089
>
> **Exhibit B:** ROI 20200564 (Pushkarewicz investigation), Bates FEMA-C000090 through FEMA-C000256
>
> **Exhibit C:** ROI 20200565 (Aldarondo investigation), Bates FEMA-C000257 through FEMA-C000482
>
> **Exhibit D:** Memorandum captioned "To Whom It May Concern," digitally signed by Defendant Tamiris Aldarondo on May 16, 2019
>
> **Exhibit E:** May 24, 2019 Performance Memorandum (Memo_LSS Contractor Performance)
>
> **Exhibit F:** April 2, 2019 Downsizing Email
>
> **Exhibit G:** May 17, 2019 Email (Angeline to Aldarondo, 3:00 p.m.)
>
> **Exhibit H:** May 15, 2019 Pre-Draft Whistleblower Email
>
> **Exhibit I:** Declaration of Plaintiff Barry Angeline Dated December 16, 2025 Regarding March 15, 2019 Meeting
>
> **Exhibit J:** Affidavit of Daniel McCabe Dated December 17, 2025 Regarding March 15, 2019 Meeting
>
> **Exhibit K:** LSS Project Tracker Dated April 10, 2019

**Exhibit L:** LSS Project Tracker Dated June 7, 2019

**Exhibit M:** April 2019 Gomez/Santiago Pulse Report

**Exhibit N:** End-of-Course Training Evaluations

**Exhibit O:** Champions Training Evaluations

**Exhibit P:** Third OIG Complaint, April 2019

Respectfully submitted,

Dated: June 11, 2026

Barry Angeline, Pro Se
43374 Carys Brook Court
Ashburn, Virginia 20147
(703) 994-6832
barry.angeline@gmail.com

Mark Rozycki, Pro Se
121 Pin Oak Way
Hamilton, Georgia 31811
(706) 457-2270
markrozycki@gmail.com

**Attachments:**
- Attachment 1: Index of Exhibits
- Attachment 2: Exhibit A — ROI 20200490 (Carreiro investigation) (PDF)
- Attachment 3: Exhibit B — ROI 20200564 (Pushkarewicz investigation) (PDF)
- Attachment 4: Exhibit C — ROI 20200565 (Aldarondo investigation) (PDF)
- Attachment 5: Exhibit D — Memorandum captioned To Whom It May Concern, digitally signed by Defendant Tamiris Aldarondo (PDF)
- Attachment 6: Exhibit E — May 24, 2019 performance memorandum (PDF)
- Attachment 7: Exhibit F — April 2, 2019 downsizing email (PDF)
- Attachment 8: Exhibit G — May 17, 2019 email (Angeline to Aldarondo, 3:00 p.m.) (PDF)
- Attachment 9: Exhibit H — May 15, 2019 pre-draft whistleblower email (PDF)
- Attachment 10: Exhibit I — Angeline declaration (Dec 16, 2025) re March 15, 2019 meeting (PDF)
- Attachment 11: Exhibit J — McCabe affidavit (Dec 17, 2025) re March 15, 2019 meeting (PDF)
- Attachment 12: Exhibit K — LSS Project Tracker (April 10, 2019) (PDF)

3

- Attachment 13: Exhibit L — LSS Project Tracker (June 7, 2019) (PDF)
- Attachment 14: Exhibit M — April 2019 Gomez Santiago pulse report (PDF)
- Attachment 15: Exhibit N — End-of-course training evaluations (PDF)
- Attachment 16: Exhibit O — Champions training evaluations (PDF)
- Attachment 17: Exhibit P — Third OIG Complaint (April 2019) (PDF)

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, the foregoing Notice of Filing Exhibits, together with the Index of Exhibits and exhibits filed as attachments hereto, was filed with the Clerk of the Court for the United States District Court for the District of Puerto Rico via the Court's CM/ECF electronic filing system. Defendant has not yet appeared in this action through counsel; service of this Notice and its attachments will be effected upon Defendant in accordance with Federal Rule of Civil Procedure 5 once Defendant has appeared or has been served with the Complaint.

Dated: June 11, 2026

_____
Barry Angeline, Pro Se

4