# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

BARRY ANGELINE and MARK ROZYCKI,

    Plaintiffs,

v.

TAMIRIS ALDARONDO JIMENEZ,
in her individual personal capacity,

    Defendant.

**Civil Action No. 3:26-cv-01340-CVR**

INDEX OF EXHIBITS

*Judge Camille L. Velez-Rive*

_____

# INDEX OF EXHIBITS

The following exhibits are filed in support of the Complaint at Docket No. 1, pursuant to Federal Rule of Civil Procedure 10(c). This Index identifies each exhibit by its assigned identifier, file name as filed, and a brief description of its content. Exhibits A, B, and C are voluminous and are being filed conventionally on physical media pursuant to a separate Motion for Leave to Conventionally File Voluminous Exhibits.

**Exhibit A**

*File Name:* Exhibit A — ROI 20200490 (Carreiro investigation).pdf

*Description:* Department of Homeland Security / FEMA Office of Professional Responsibility (OPR) Report of Investigation for Case 20200490. Documents the investigation into Contracting Officer Representative (COR) Gretchen Carreiro regarding allegations that she ignored contract mismanagement concerns brought forward by contractor Barry Angeline.

**Exhibit B**

*File Name:* Exhibit B — ROI 20200564 (Pushkarewicz investigation).pdf

*Description:* FEMA OPR Report of Investigation for Case 20200564. Details investigative findings regarding allegations of misconduct and inappropriate demographic-related comments made by Program Analyst Eli Pushkarewicz toward Barry Angeline.

**Exhibit C**

*File Name:* Exhibit C — ROI 20200565 (Aldarondo investigation).pdf

*Description:* FEMA OPR Report of Investigation for Case 20200565. Covers investigative findings regarding allegations of a hostile work environment and inappropriate remarks attributed to Program Analyst Tamiris Aldarondo Jimenez.

**Exhibit D**

*File Name:* Exhibit D — Memorandum captioned To Whom It May Concern, digitally signed by Defendant Tamiris Aldarondo.pdf

*Description:* An official memorandum digitally signed by Tamiris Aldarondo on May 16, 2019, formally requesting the convenience termination of the Lean Six Sigma (LSS) contract (Task Order 70FB8018F00000070), citing developed internal capabilities and contractor performance disputes.

**Exhibit E**

*File Name:* Exhibit E — May 24, 2019 performance memorandum.pdf

1

*Description:* Internal FEMA management correspondence transmittals forwarding a detailed contractor performance memorandum, highlighting alleged stakeholder friction, chain-of-command issues, and invoice reconciliation disputes regarding unapproved overtime.

**Exhibit F**

*File Name:* Exhibit F — April 2, 2019 downsizing email.pdf

*Description:* A directive email from Tamiris Aldarondo detailing operational changes for the LSS team, including workspace relocation, a freeze on new personnel deployments, a pause on upcoming training sessions, and a proposed staff reduction down to five personnel by the end of May 2019.

**Exhibit G**

*File Name:* Exhibit G — May 17, 2019 email (Angeline to Aldarondo, 300 PM).pdf

*Description:* An urgent email notification sent by Barry Angeline on behalf of the LSS Team to Tamiris Aldarondo, formally declaring active protected whistleblower status under the Whistleblower Protection Act and noting coordination with congressional offices and the DHS OIG.

**Exhibit H**

*File Name:* Exhibit H — May 15, 2019 pre-draft whistleblower email.pdf

*Description:* An internal contractor team email chain and draft text reviewing the language and coordination for the impending whistleblower notification letter.

**Exhibit I**

*File Name: Exhibit I — Angeline declaration (Dec 16 2025) re March 15 2019 meeting.pdf*

*Description: Sworn declaration executed by Plaintiff Barry Angeline on December 16, 2025, at Ashburn, Virginia, under penalty of perjury, attesting to the events of the March 15, 2019 meeting with Defendant Tamiris Aldarondo at the FEMA Joint Recovery Office in Puerto Rico. Declaration covers the meeting tone, the LSS Black Belt project ranking, Defendant's request to split her project with Michelle Ortiz, Statement of Work deviation concerns, Anti-Deficiency Act and Prompt Payment Act issues raised, and the Contracting Officer Representative confusion.*

**Exhibit J**

*File Name: Exhibit J — McCabe affidavit (Dec 17 2025) re March 15 2019 meeting.pdf*

*Description: Sworn statement executed by Clifford Daniel McCabe, Colonel, U.S. Army (Retired), on December 17, 2025, under penalty of perjury, attesting to the events of the March 15, 2019 meeting at the FEMA Joint Recovery Office in Puerto Rico. McCabe corroborates the meeting tone ("professional and even somewhat jovial at times"), the review of Defendant's Black Belt project status, the offer of make-up sessions and a Rapid Improvement Event, Defendant's request to split her project with Michelle Ortiz, contractual concerns including Statement of Work deviation, FAR compliance issues, Anti-Deficiency Act and Prompt Payment Act considerations, and the Contracting Officer Representative confusion.*

**Exhibit K**

*File Name:* Exhibit K — LSS Project Tracker (April 10, 2019, distinct from the June 7 version).pdf

*Description:* An early-stage operational project tracking spreadsheet used by the contractor team to manage continuous improvement project lifecycles across various disaster recovery response sectors in Puerto Rico.

**Exhibit L**

*File Name:* Exhibit L — LSS Project Tracker (June 7, 2019) — color coding removed.pdf

*Description:* A comprehensive, finalized version of the project tracker showing parent / child project links, current development phases, and the active, suspended, or cancelled status of Green Belt and Black Belt initiatives through June 2019.

**Exhibit M**

*File Name: Exhibit M — April 2019 Gomez Santiago pulse report.pdf*

*Description:* A specialized "Lean Six Sigma Training / Coaching Pulse Check" evaluation slide deck capturing structural feedback, candidate ratings, and program continuity recommendations across the Puerto Rico recovery portfolio.

## Exhibit N

*File Name:* Exhibit N — End-of-course training evaluations.pdf

*Description:* Compiled quantitative data, participant metrics, and direct commentary evaluating the performance of instructors and the relevance of course material to FEMA disaster recovery environments.

## Exhibit O

*File Name:* Exhibit O — Champions training evaluations.pdf

*Description:* Course satisfaction metrics, statistical charts, and data summaries capturing trainee user experiences across multiple iterations of Champions and Green Belt Week 2 training blocks between late 2018 and March 2019.

## Exhibit P

*File Name:* Exhibit P — Third OIG Complaint (April 2019).pdf

*Description:* A formal Memorandum for Record detailing a DHS Office of Inspector General complaint against Continuous Improvement Process Manager Tamiris Aldarondo. Outlines allegations of a complete lack of familiarity with the Statement of Work, a conflict of interest regarding certification standards, testing dilution, and potential program obstruction.

_____

**Total Portfolio Inventory: 16 Exhibits Registered (Exhibits A through P)**