**FEMA**

**FEMA Continuous Improvement Program**

To Whom It May Concern:

This document outlines the request to terminate the current CaPP MOBIS (Lean Six Sigma) contract number HSFE80-16-A-004, task order number 70FB8018F00000070. Request for termination is based on Government convenience in accordance with section I of the Federal Acquisition Regulations (FAR). We are requesting termination to be effective by May 27, 2019.

The request for termination stems from an effort to better utilize Federal funding and be good stewards of tax payer dollars. FEMA's Recovery Operations for DR-4339-PR have progressed to a point where we have now developed the internal capability to conduct process-improvement methodologies. Therefore, we no longer require the services provided by the Lean Six Sigma Contract.

In addition to no longer needing the services provided, there have been concerns which further advanced the request to terminate. The main concerns regarding contractor conduct and performance are: ineffective stakeholder engagement, consistent unwillingness to follow the chain of command, disrespectful attitude towards Green Belt trainees and Continuous Improvement leadership, and consistent push back on directions or assignments.

Further details regarding these areas of concern and the communication of those to the COR, Prime, and LSS team members is available upon request.

Best regards,

TAMIRIS ALDARONDO

Digitally signed by TAMIRIS ALDARONDO
Date: 2019.05.16 16:09:49 -04'00'