| | |
|---|---|
| **From:** | Carreiro, Gretchen |
| **To:** | Aldarondo, Tamiris |
| **Subject:** | FW: LSS contract performance issues |
| **Date:** | Friday, May 24, 2019 8:19:55 AM |
| **Attachments:** | Memo_LSS Contractor Performance v6.docx<br>RE Report.msg |
| **Importance:** | High |

Very important one....

Thank you!

Gretchen

**From:** Pushkarewicz, Eli
**Sent:** Friday, October 26, 2018 8:38 AM
**To:** Pushkarewicz, Eli <eli.pushkarewicz@fema.dhs.gov>; Carreiro, Gretchen <Gretchen.Carreiro@fema.dhs.gov>
**Cc:** Icardi, Michael <michael.icardi@fema.dhs.gov>; Mabry, Marshall <Marshall.Mabry@fema.dhs.gov>
**Subject:** LSS contract performance issues
**Importance:** High

Gretchen,

Please see the attached memo outlining the performance issues related to the Lean Six Sigma contractors. It was reviewed and approved by the FCO. Additionally I have included an email from the JRO Equal Rights Office outlining a grievance that was filed by a FEMA employee who works in a sector housed next to the contractor's table.

The FCO would like a plan regarding how they will remediate the grave performance issues by COB today. He also wants to make clear that his interest in extending this opportunity is only due to the previous good performance by the prime company. With your concurrence I would like to immediately forward to Tim.

-Eli

**From:** Arcurio, Josie
**Sent:** Thursday, October 25, 2018 3:37 PM
**To:** Pushkarewicz, Eli <eli.pushkarewicz@fema.dhs.gov>; Bonilla Davila, Ana <ana.bonilladavila@fema.dhs.gov>; McRae, Maurice <maurice.mcrae@fema.dhs.gov>
**Cc:** Mabry, Marshall <Marshall.Mabry@fema.dhs.gov>; Fox, Russell <Russell.Fox@fema.dhs.gov>; Arcurio, Josie <Josie.Arcurio@fema.dhs.gov>
**Subject:** RE: LSS contract performance issues
**Importance:** High

**FEMA - C000356**

Eli

I just spoke with Mike.  He thanks you for your excellent write up. FEMA has had a long standing good relationship and successes with this Contractor. It is the only reason he will afford them an opportunity (and he wants you to advise Tim as such) to rectify the issues as you outlined.  Since this is a HQ managed contract, Mike would like for you to meet with the Contractor and appropriate parties on the performance issues outlined.  He would like a plan from the Contractor within 24 hours, on how they plan to rectify all issues that are addressed.  He still may want the Contractor to come down, pending how the plan is presented.   Please provide Mike and I a report as soon as you receive it, and we will set up time to discuss further.

Please let me know if you have any questions
Thx
Josie

---

**From:** Pushkarewicz, Eli
**Sent:** Thursday, October 25, 2018 12:31 PM
**To:** Arcurio, Josie <Josie.Arcurio@fema.dhs.gov>; Bonilla Davila, Ana <ana.bonilladavila@fema.dhs.gov>; McRae, Maurice <maurice.mcrae@fema.dhs.gov>
**Cc:** Mabry, Marshall <Marshall.Mabry@fema.dhs.gov>; Fox, Russell <Russell.Fox@fema.dhs.gov>
**Subject:** FW: LSS contract performance issues

FSA

---

**From:** Tim McCormick <tmccormick@atcsplc.com>
**Sent:** Thursday, October 25, 2018 11:42 AM
**To:** Pushkarewicz, Eli <eli.pushkarewicz@fema.dhs.gov>; Hui, Kwong <khui@atcsplc.com>; Perry Rhodes <prhodes@atcsplc.com>; Icardi, Michael <michael.icardi@fema.dhs.gov>; Carreiro, Gretchen <Gretchen.Carreiro@fema.dhs.gov>
**Subject:** RE: LSS contract performance issues

Eli,

Sounds good.  It will help to have Mike's feedback too.  Just let us know when you want to hold the meeting and we'll be there.

Thanks!

**Tim McCormick**

Vice President, Emergency Management Services & Water Resources

2553 Dulles View Drive, Suite 300 | Herndon, VA 20171
P: 703-430-7501 x138 | C: 703-887-1533 | F: 703-430-0889
**atcsplc.com** | **Facebook** | **LinkedIn** | **Twitter**

CLIENT ▪ EMPLOYEE ▪ COMPANY ▪ COMMUNITY

This email is only for the intended recipient, and may contain information that is privileged,

**FEMA - C000357**

confidential, or exempt from disclosure under law. If you received this message in error, or are not the intended recipient, please notify the sender and destroy this message.
- Title VI Compliance -

---

**From:** Pushkarewicz, Eli <eli.pushkarewicz@fema.dhs.gov>
**Sent:** Thursday, October 25, 2018 11:31 AM
**To:** Kwong Hui <khui@atcsplc.com>; Perry Rhodes <prhodes@atcsplc.com>; Icardi, Michael <michael.icardi@fema.dhs.gov>; Tim McCormick <tmccormick@atcsplc.com>; Carreiro, Gretchen <Gretchen.Carreiro@fema.dhs.gov>
**Subject:** Re: LSS contract performance issues

Good day,

Mike Byrne has asked that we hold on meeting today until he has an opportunity to provide feedback related to performance. I will reschedule a meeting once he provides feedback, likely early next week.

Eli Pushkarewicz
Deployed to DR-4339-PR (CI Unit Lead)
Evaluation and Decision Support
National Preparedness Assessment Division
NPD|FEMA|DHS
Mobile Phone-202-304-9604
**The ATCS Herndon office is moving. Effective 10/29, our new address will be:**
**13861 Sunrise Valley Drive, Suite 200, Herndon, Virginia 20171**

FEMA - C000358

| | |
|---|---|
| **From:** | Carreiro, Gretchen |
| **To:** | Aldarondo, Tamiris |
| **Subject:** | FW: LSS contract performance issues |
| **Date:** | Friday, May 24, 2019 8:19:55 AM |
| **Attachments:** | Memo_LSS Contractor Performance v6.docx |
| | RE Report.msg |
| **Importance:** | High |

Very important one….

Thank you!

Gretchen

**From:** Pushkarewicz, Eli
**Sent:** Friday, October 26, 2018 8:38 AM
**To:** Pushkarewicz, Eli <eli.pushkarewicz@fema.dhs.gov>; Carreiro, Gretchen
<Gretchen.Carreiro@fema.dhs.gov>
**Cc:** Icardi, Michael <michael.icardi@fema.dhs.gov>; Mabry, Marshall
<Marshall.Mabry@fema.dhs.gov>
**Subject:** LSS contract performance issues
**Importance:** High

Gretchen,

Please see the attached memo outlining the performance issues related to the Lean Six Sigma
contractors. It was reviewed and approved by the FCO. Additionally I have included an email from
the JRO Equal Rights Office outlining a grievance that was filed by a FEMA employee who works in a
sector housed next to the contractor's table.

The FCO would like a plan regarding how they will remediate the grave performance issues by COB
today. He also wants to make clear that his interest in extending this opportunity is only due to the
previous good performance by the prime company. With your concurrence I would like to
immediately forward to Tim.

-Eli

**From:** Arcurio, Josie
**Sent:** Thursday, October 25, 2018 3:37 PM
**To:** Pushkarewicz, Eli <eli.pushkarewicz@fema.dhs.gov>; Bonilla Davila, Ana
<ana.bonilladavila@fema.dhs.gov>; McRae, Maurice <maurice.mcrae@fema.dhs.gov>
**Cc:** Mabry, Marshall <Marshall.Mabry@fema.dhs.gov>; Fox, Russell <Russell.Fox@fema.dhs.gov>;
Arcurio, Josie <Josie.Arcurio@fema.dhs.gov>
**Subject:** RE: LSS contract performance issues
**Importance:** High

FEMA - C000359

Eli

I just spoke with Mike.  He thanks you for your excellent write up. FEMA has had a long standing good relationship and successes with this Contractor. It is the only reason he will afford them an opportunity (and he wants you to advise Tim as such) to rectify the issues as you outlined.  Since this is a HQ managed contract, Mike would like for you to meet with the Contractor and appropriate parties on the performance issues outlined.  He would like a plan from the Contractor within 24 hours, on how they plan to rectify all issues that are addressed.  He still may want the Contractor to come down, pending how the plan is presented.   Please provide Mike and I a report as soon as you receive it, and we will set up time to discuss further.

Please let me know if you have any questions
Thx
Josie

---

**From:** Pushkarewicz, Eli
**Sent:** Thursday, October 25, 2018 12:31 PM
**To:** Arcurio, Josie <Josie.Arcurio@fema.dhs.gov>; Bonilla Davila, Ana <ana.bonilladavila@fema.dhs.gov>; McRae, Maurice <maurice.mcrae@fema.dhs.gov>
**Cc:** Mabry, Marshall <Marshall.Mabry@fema.dhs.gov>; Fox, Russell <Russell.Fox@fema.dhs.gov>
**Subject:** FW: LSS contract performance issues

FSA

---

**From:** Tim McCormick <tmccormick@atcsplc.com>
**Sent:** Thursday, October 25, 2018 11:42 AM
**To:** Pushkarewicz, Eli <eli.pushkarewicz@fema.dhs.gov>; Hui, Kwong <khui@atcsplc.com>; Perry Rhodes <prhodes@atcsplc.com>; Icardi, Michael <michael.icardi@fema.dhs.gov>; Carreiro, Gretchen <Gretchen.Carreiro@fema.dhs.gov>
**Subject:** RE: LSS contract performance issues

Eli,

Sounds good.  It will help to have Mike's feedback too.  Just let us know when you want to hold the meeting and we'll be there.

Thanks!

**Tim McCormick**
Vice President, Emergency Management Services & Water Resources
2553 Dulles View Drive, Suite 300 | Herndon, VA 20171
P: 703-430-7501 x138 | C: 703-887-1533 | F: 703-430-0889
**atcsplc.com | Facebook | LinkedIn | Twitter**

CLIENT ▪ EMPLOYEE ▪ COMPANY ▪ COMMUNITY

This email is only for the intended recipient, and may contain information that is privileged,

**FEMA - C000360**

confidential, or exempt from disclosure under law. If you received this message in error, or are not the intended recipient, please notify the sender and destroy this message.
- Title VI Compliance -

**From:** Pushkarewicz, Eli <eli.pushkarewicz@fema.dhs.gov>
**Sent:** Thursday, October 25, 2018 11:31 AM
**To:** Kwong Hui <khui@atcsplc.com>; Perry Rhodes <prhodes@atcsplc.com>; Icardi, Michael <michael.icardi@fema.dhs.gov>; Tim McCormick <tmccormick@atcsplc.com>; Carreiro, Gretchen <Gretchen.Carreiro@fema.dhs.gov>
**Subject:** Re: LSS contract performance issues

Good day,

Mike Byrne has asked that we hold on meeting today until he has an opportunity to provide feedback related to performance. I will reschedule a meeting once he provides feedback, likely early next week.

Eli Pushkarewicz
Deployed to DR-4339-PR (CI Unit Lead)
Evaluation and Decision Support
National Preparedness Assessment Division
NPD|FEMA|DHS
Mobile Phone-202-304-9604
**The ATCS Herndon office is moving. Effective 10/29, our new address will be:**
**13861 Sunrise Valley Drive, Suite 200, Herndon, Virginia 20171**

FEMA - C000361



U.S. Department of Homeland
Security Region II
FEMA-4336-DR-
PR FEMA-4339-
DR-PR
P.O. Box 70105
San Juan, P.R. 00936-8105

May 24, 2019

MEMORANDUM FOR:       Rashaan Edwards, Contracting Officer
                       Gretchen Carreiro, COR

FROM:                 Tamiris Aldarondo
                       Continuous Improvement Unit Lead - FEMA

SUBJECT:              Lean Six Sigma Contract Performance

## Background

In April of 2018, FEMA procured a contract to employ individuals with Lean Six Sigma (LSS) certifications to assist with process improvement activities at the Puerto Rico Joint Recovery Office (JRO). In July 2018, the Continuous Improvement (CI) Unit and Chief of Staff's office conducted a program review of all projects with the contractors. It was determined that most of the projects did not produce measurable outcomes for the recovery operations. LSS noted that they were also not aligned with the focus of the statement of work.

In alignment with the Remediation Plan, LSS Green and Black Belt trainings were completed on May 3, 2019. This gave our operation the internal capabilities to implement LSS tools and conduct process improvement projects. Foreseeing this, and in an effort to be good stewards of taxpayer money, we began inquiring about the process for termination of contract on May 2. After careful consideration, Senior Leadership made the decision on May 15, 2019 and the formal request for termination was sent on May 16, 2019.

Although the request for termination is being done under the government convenience clause, there have been numerous concerns regarding the conduct and performance of the contractors that make up the LSS team. These concerns have been documented in various forms and communicated to the Contracting Officer Representative, Leadership at the Joint Recovery Office (JRO), and the LSS Team Leads. We outline those concerns below and have attached the supporting documentation.

1

**FEMA - C000362**

**I.**    <u>**Performance Issues**</u>

Concerns regarding the LSS Team's performance have been existent and documented since 2018. The attached memo (attachment #1) submitted by previous Continuous Improvement Unit Lead, Eli Pushkarewicz, outlines the lack of compliance with the SOW and team member's unprofessional behavior.  We are attaching additional emails and documents that further support these concerns.

**Remediation Plan**
- According to Pushkarewicz, contractors struggled to report on their work, often leaving off projects, being unable to quantify the work they were doing, and not articulating the time/resources required to accomplish the work.
- The Prime contractor was required to submit the Remediation Plan on 11/7/18 and replace their project lead in order to tackle these issues.
- Specific areas of concern included in the Remediation plan were:
    - Challenges defining and meeting deliverable milestones and deadlines
    - Unprofessional behavior
    - Quality of work issues
    - Unsatisfactory customer service with JRO partners

- As of May 24, 2019, these concerns still remain. The LSS team's focus has been mostly on training and there has been no significant impact or progress on Master Black Belt projects.

Documentation:
Attachment # 1 - Memo
Attachment # 2 - Remediation Plan
Attachment # 3 to 5 - Emails from previous Unit Lead
Attachment # 6 - SOW
Attachment # 7 - SOW Review

**Green and Black Belt Training**

- **Coaching**
The LSS Team members conducted training and coaching from January to May 2019. During that time, we were approached by various trainees with complaints about the contractors' work and behavior. Some of these were brought to our team by Luis Amaro, Dana Planas, Rangel Guerrero, Melissa Boudrye, and Liz Morales, which all of these are leadership personnel at the JRO. Based on the reported concerns, the Continuous Improvement team conducted a training assessment where trainees expressed the following:

    - "At times, coaches' attitudes have been perceived as patronizing"
    - "Some coaching sessions were a waste of time due to topics discussed"
    - "Coaches are just reaffirming ideas not providing constructive feedback"
    - "Support was not the expected. He should have sat with me and go over the project steps to facilitate the learning process; at least for the most important tools"
    - "Mark Woodhouse's communication was disrespectful and demeaning"
    - Coach transition was not well managed
    - Inconsistence guidance to trainees

2

**FEMA - C000363**

The Black and Green belt trainees are important stakeholders for the Continuous Improvement Unit. The lack of professionalism from the LSS Team required me to apologize on behalf of the contractors and affected our collaboration with some of these stakeholders.

- **Management**
  The LSS team was instructed to manage all aspects of the training, particularly the list of attendees, so that we could have control of who received this training and also be fair to our employees when assigning training slots. The team did not appropriately manage attendance, which led to Call Center employees attending class without being previously authorized to be there. This created numerous issues for the CI team, which we then had to course correct.

  - FEMA employees who signed up for training through the appropriate channels and received authorization to attend, were not allowed to attend Green Belt training because the class was at capacity, but Call Center employees who were not to attend, were allowed to be in the class.
  - Call Center employees are not necessarily funded or attached to DR-4339 which created bigger legal concerns that we had to discuss with our Legal Advisors.
  - I had to personally ask the Call Center supervisor to remove her employees from the training, which injured our working relationship as it made our team seem unprepared and unprofessional.

  Documentation: Attachment #7 - Green Belt trainees

- **Inaccurate and inappropriate reporting**
  The LSS Team consistently attempted to pressure FEMA employees by displaying and communicating the delays in their projects, sometimes sharing inaccurate information.
  - The LSS team provided the COS inaccurate information on employees' missing project charter, which the COS reported to the employees' supervisor. Their supervisor, Community Services Directorate Lead, stated that this information was inaccurate and demanded we do a diligent job before making claims of employees not complying with their projects. The COS had to apologize for the mistake.
  - The team continued producing reports which highlighted in red the employees who were falling behind on their projects. They were instructed numerous times before not to shame FEMA employees in this way, but to rather find a way to encourage them. The team insisted this was the way to get them to do the work and continued with the reporting style.

  Documentation: Attachment #8 and #9 – Communication with Directorate

II. **Inadequate stakeholder engagement**
  The LSS team members have miscommunicated their accomplishments and/or attempted to take sole credit for work that was not their own. This deeply injured our relationships with some stakeholders and affected our colleagues' trust in our work and ethical standards.
  Some examples of these are:
  - PA Ops Large Project Notification – The team inaccurately reported their contributions and accomplishments to a project conducted mostly by the PA Ops team. The PA Ops lead was deeply offended by this and reported it to the Chief of Staff Office. The team was forced to

3

**FEMA - C000364**

apologize for this, and it also injured our relationship with them as they were reluctant to work with our team after this issue.

o Concept of Operations – During a meeting with Deputy Recovery Director, Mark Rozycki stated that the LSS team created the Concept of Operations. When asked if they had actually done them independently or collaborated with Kathryn Humphry, he emphasized that the LSS team did them. Mellissa Boudrye clarified that this had been a collaboration and that she was part of the process. I was personally also part of this process and have early emails with Kathryn that confirm she was leading this project, even before the team members deployed to this disaster.

Documentation: Attachment # 10 and 11 – LPN Project

### III.    Refusal to follow the chain of command

The LSS team members have consistently circumvented the chain of command during the time I have been acting as Unit Lead for the Continuous Improvement Program (CI), from November 2018 until now. We outline some examples below.

- **Change of duty station**

The LSS team singlehandedly decided to change duty station and began working from the Call Center Building. This was not a direction given by me or anyone in FEMA. When instructed to report back to the JRO, the team ignored this and continued working from the Call Center. This was communicated numerous times verbally to Victoria Colmenero and Raymond Kulisch. It was also communicated in verbally and in writing to the COR.

Documentation: Attachment #12 – Duty Station

- **Meetings**

Although LSS team members have been instructed numerous times not to request meetings with leadership without providing CI visibility, they continue to do so. Having the LSS contractors schedule these meetings without going through the chain of command has caused, and is still causing, misunderstandings with our FEMA colleagues, which the CI team then has the responsibility of clearing up. This has also hurt our team's relationships in the operation and our stakeholder retention.

These concerns were communicated verbally to Victoria Colmenero, Raymond Kulisch, Tim McCormick, and Mark Rozycki. They were also communicated in writing to the COR, Mark Rozycki, and Michael Oshaben.

o The Executive Assistant for the FCO and the Recovery Director, Shirley Rivera, informed me of attempts from the LSS team members to schedule private meetings with her supervisors. She reached out to me to inquire why this was happening as those requests should be done by the CI Unit Lead.

o The team has also attempted to schedule private meetings with the Chief of Staff and Senior Advisor Melissa Boudrye.

4

FEMA - C000365

- More recently, Mark Rozycki was instructed to send the LSS Black Belt exam to the training department, but to communicate any concerns or questions to me directly. The day after this email was sent, Mark met privately with Dennis Dougan, Training Department Lead, where he discussed my directions and expressed why he was not going to follow those.

Documentation
Attachment #13 - #16 - Meetings

- **Push back on directions**
  The push back on directions has been a consistent occurrence which continues to hinder our progress. The team has refused to follow directions when instructed to do things such as:
  - Modifying the LSS training so that participants can perform process improvement projects that adapt to our Operation's rhythm and needs.
  - Provide our Training Department a copy of the Black Belt exam
  - Remove red highlight on projects that have fallen behind schedule, so we are not shaming our FEMA employees who are taking on LSS training on top of their regular work duties.

  This was communicated verbally to Tim McCormick during a meeting on 4/25/2019.

- **Disrespectful attitude towards Continuous Improvement Leadership**.
  The overall attitude portrayed by the LSS Contractors toward the CI team leads has been disrespectful, demeaning, and condescending. We outline some examples of this below.

  - Mark Rozycki has made comments to me directly such as "I've been doing this longer than you have been alive". This was communicated verbally to the Chief of Staff, Ana Bonilla
  - Michelle Ortiz, CI Team Lead, has also reported the LSS team members telling her comments such as "When you were born I already had 20 years of experience".
  - On April 12, 2019 Barry Angeline rudely interrupted a Continuous Improvement team meeting and mocked the topic being presented by ex-LSS team member Jorge Vazquez. This made the presenter and the team members feel uncomfortable and disrespected
  - On May 15,2019 Barry Angeline approached Michelle Ortiz, CI Team Lead, and demanded she immediately attend a meeting with him, following a recent exchange where I reminded Mark Rozycki that CI Leads need to be included in meetings

  Documentation: Attachment #17 – TL Concerns

## II. Invoices

The Chief of Staff and CI have reported numerous concerns with the LSS Contract invoices. These involve hours being claimed for employees that we have never had visibility over, unapproved overtime hours, and hours for employees that have previously demobilized from the operation. In addition, the team made alarming claims of being approved unlimited OT hours by the FCO. These concerns have been communicated to the COR.

5

**FEMA - C000366**

Documentation: Attachments #18-#20 – Invoices

The adaption of Lean Six Sigma into a response and recovery setting, has been an ambitious undertaking aimed at equipping the field with tools to improve mission critical processes. Unfortunately, over a year into the current contract, it is the perspective of the CI Unit in concurrence with the Chief of Staff's office and the Deputy Recovery Director that the contractors are not meeting the professional standards as well as delivering measurable outcomes. This has resulted in a tremendous burden placed on the FEMA staff and stakeholders to manage the quality and delivery of their products and activities. On the basis of the foregoing, DR-4339-PR would like to request the termination of the Capp MOBIS contract for LSS services.

FEMA - C000367