| From: | Carreiro, Gretchen |
|-------|------------------|
| **To:** | Aldarondo, Tamiris; Lane, Rhonda; Bonilla Davila, Ana; Woodard, Charles |
| **Subject:** | RE: LSS Concerns to communicate to Prime Contractor |
| **Date:** | Wednesday, April 3, 2019 1:14:39 PM |

Good Afternoon Tamiris,

Thanks so much for summarizing the key points of Monday's meeting. I have set up a call with Tim McCormick, Capp PM (Prime), to discuss.  I will keep you all posted on that discussion.

Thanks again so very much!

Gretchen

**From:** Aldarondo, Tamiris
**Sent:** Tuesday, April 2, 2019 3:28 PM
**To:** Lane, Rhonda <Rhonda.Lane@fema.dhs.gov>; Carreiro, Gretchen <Gretchen.Carreiro@fema.dhs.gov>; Bonilla Davila, Ana <ana.bonilladavila@fema.dhs.gov>; Woodard, Charles <charles.woodard@fema.dhs.gov>
**Subject:** LSS Concerns to communicate to Prime Contractor

Good afternoon,

I hope you're doing well!

Thank you for your contributions during yesterday's conference call and your support in managing the LSS Contract/Vouchers moving forward. As I mentioned on the call,  I am including below the concerns that we would like to communicate to the Prime and would really appreciate your support with this. Gretchen, I believed you mentioned you could have this conversation with Tim, is that correct?

- Working location
  - As a contractor team attached to DR 4339, we need the LSS team to work from our JRO in order to provide oversight and approve worked hours. Although this was communicated to the LSS team leads (Raymond and Victoria), the team members insist on working from the Call Center. If the team absolutely needs to work from the Call Center, they will be required to sign in and out with our logistics POC, but we

FEMA-A000422

FEMA-011880

would like to avoid this as much as possible.

- Right-sizing
  - As our operation advances toward rightsizing, we are also evaluating the staffing requirements for the LSS team. With the release of Raymond Kulisch and Dan McCabe, we would like to request that **no** new team members are deployed to the disaster under this contract.

- Training
  - We have decided to pause on upcoming LSS trainings until we begin to see results that we can report to Senior Leadership from the active GB and BB projects. This will also give the MBB time to focus on coaching.
  - Given the focus on training and coaching, I would like to suggest that the team be reduced to 5 people by the end of May. Currently, there is only one person conducting the training, 2 working on DSI, 2 reporting, and the other four coaching the GB and BB. However, if the MBBs meet biweekly with each GB/BB, this is easily possible with only two coaches. I propose the 5 team member to be as follows:
    - 1 Reports Specialist
    - 1 DSI Specialist
    - 1 Trainer/Coach
    - 2 Coaches

Again, I appreciate your support with this and please feel free to reach out if you need anything else from me.

Thank you!

**Tamiris Aldarondo**
DR 4339 - PR | Continuous Improvement Program
Acting Unit Lead
Phone: 202-538-2651

FEMA-A000423

FEMA-011881