**From:** "Angeline, Barry (CTR)" <barry.angeline@associates.fema.dhs.gov>
**Date:** Friday, May 17, 2019 at 3:00 PM
**To:** "Aldarondo, Tamiris" <tamiris.aldarondo@fema.dhs.gov>
**Cc:** "Haveman, William (CTR)" <william.haveman@associates.fema.dhs.gov>,
"dan.mccabe@live.com" <dan.mccabe@live.com>, "Oshaben, Michael (CTR)"
<michael.oshaben@associates.fema.dhs.gov>, "Rozycki, Mark (CTR)"
<mark.rozycki@associates.fema.dhs.gov>, Mark Woodhouse <mtwchw@msn.com>, "Wykosky,
Jeffrey (CTR)" <jeffrey.wykosky@associates.fema.dhs.gov>
**Subject:** URGENT: Whistleblower Status for LSS Group


Tami:

This email is being sent on behalf of myself, Bill Haveman, Dan McCabe, Mike Oshaben,
Mark Rozycki, Mark Woodhouse, and Jeff Wykosky.
 In late 2018, the LSS team alerted Rep. Dana Rohrabacher's office of waste, fraud, abuse,
and mismanagement associated with the execution of the LSS contract as well as other
irregularities we observed during this recovery.  Subsequently, we began working with
Rep. Brad Wenstrup and Rep. Jim Jordan on these issues.  (Rep. Jordan is the ranking
member of the House Committee on Oversight and Reform.)   In addition, we have filed
three separate claims with the DHS OIG and have met with four local OIG investigators at
their request. The third OIG complaint specifically addresses actions that you have taken
that raise serious ethics, compliance, and mismanagement concerns.  We have also filed an
EEO complaint through our prime contractor, ATCS, related to derogatory remarks that you
have made to other people related to our age, race, and gender.

Last month, the DHS Whistleblower Coordinator acknowledged receipt of our claims made
to both members of Congress and the OIG.  He has confirmed that the team is protected
from retaliatory action per the Whistleblower Protection Act.  The Crowell & Moring law
firm in Washington DC will be retained as a preventive measure should any retaliatory
action occur.

**Repeatedly and for many months now, we have tried to raise our concerns through
FEMA's chain of command up to the FCO's office.  ATCS was also repeatedly warned
that this contract was being grossly mismanaged and corrective action needed to be
taken.**  These concerns have resulted in no discernable corrective action.  Because the
situation is deteriorating, it would be best for all to discuss the issues, develop a productive
way ahead, and avoid further escalation/litigation.

Regards,
The LSS Team