FW: draft

From:   Mark Woodhouse (mtwchw@msn.com)

To:      bazor10@yahoo.com; dan.mccabe@live.com; bhaveman@netzero.net; markrozycki@gmail.com; jwykosky@gmail.com

Date:   Sunday, May 24, 2026 at 10:20 AM EDT

**From:** Mark Woodhouse <mtwchw@msn.com>
**Date:** Thursday, May 4, 2023 at 3:55 PM
**To:** Barry Angeline <barry.angeline@gmail.com>
**Subject:** FW: draft

**From:** Rozycki, Mark (CTR) <mark.rozycki@associates.fema.dhs.gov>
**Date:** Wednesday, May 15, 2019 at 2:09 PM
**To:** Angeline, Barry (CTR) <barry.angeline@associates.fema.dhs.gov>, Mark Woodhouse
<mtwchw@msn.com>, Oshaben, Michael (CTR) <michael.oshaben@associates.fema.dhs.gov>, Wykosky,
Jeffrey (CTR) <jeffrey.wykosky@associates.fema.dhs.gov>, Haveman, William (CTR)
<william.haveman@associates.fema.dhs.gov>
**Subject:** RE: draft

Anything in red is new.

Dominique,

Good afternoon. This letter is being sent to you on behalf of myself, Bill Haveman, Dan McCabe,
Mike Oshaben, Mark Rozycki, Mark Woodhouse, and Jeff Wykosky.

In late 2018, we alerted Rep. Dana Rohrabacher's office of waste, fraud, abuse, and
mismanagement associated with the execution of the LSS contract as well as other irregularities
we observed here during this recovery.  Subsequently, we began working with Representative
Brad Wenstrup and Jim Jordan on these issues.  (Rep. Jordan is the ranking member of the
House Committee on Oversight and Reform.)   In addition, we have filed three separate claims
with the DHS OIG and are have met with the local field agents in Puerto Rico. The DHS
Whistleblower Coordinator has confirmed receipt of our claims and confirmed that the team is

protected from retaliatory action per the Whistleblower Protection Act.  Crowell Moring law firm in Washington DC will be retained as a preventive measure should any retaliatory action occur.

It should be noted that these options have been taken only as a last resort.  Repeatedly, we have raised our concerns through the chain of command up to the FCO's office. These concerns have resulted in no discernable actions.   As it seems that the situation is escalating, we felt that it would be best for all to be able to discuss the issues.  We would like to meet with you privately in order to discuss how this intolerable and wasteful situation can be remediated without further escalation.

Best regards,
The LSS Team

Mark L. Rozycki
Senior Program Analyst – Black Belt
Lean Six Sigma Program | DR-4339-PR & DR-4229-PR
Department of Homeland Security | Federal Emergency Management Agency
(706) 457-2270| mark.rozycki@associates@fema.dhs.gov

---

**From:** Angeline, Barry (CTR)
**Sent:** Wednesday, May 15, 2019 1:18 PM
**To:** Mark Woodhouse <mtwchw@msn.com>; Oshaben, Michael (CTR) <michael.oshaben@associates.fema.dhs.gov>; Wykosky, Jeffrey (CTR) <jeffrey.wykosky@associates.fema.dhs.gov>; Haveman, William (CTR) <william.haveman@associates.fema.dhs.gov>; Rozycki, Mark (CTR) <mark.rozycki@associates.fema.dhs.gov>
**Subject:** draft

DRAFT:   Letter will not be sent until 1600 tomorrow.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This letter is being sent on behalf of myself, Bill Haveman, Dan McCabe, Mike Oshaben, Mark Rozycki, Mark Woodhouse, and Jeff Wykosky.

In late 2018, we alerted Rep. Dana Rohrabacher's office of waste, fraud, abuse, and mismanagement associated with the execution of the LSS contract as well as other irregularities we observed here during this recovery. Subsequently, we began working with Representative Brad Wenstrup and Jim Jordan on these issues.  (Rep. Jordan is the ranking member of the House Committee on Oversight and Reform.)   In addition, we have filed three separate

claims with the DHS OIG and are have met with the local field agents in Puerto Rico. The DHS Whistleblower Coordinator has confirmed receipt of our claims and confirmed that the team is protected from retaliatory action per the Whistleblower Protection Act.  Crowell Moring law firm in Washington DC will be retained as a preventive measure should any retaliatory action occur.

**It should be noted that these options have been taken only as a last resort.**  We raised our concerns repeatedly through the chain of command up to the FCO's office for many months preceding these actions to no avail.  We would like to meet with you privately in order to discuss how this intolerable and wasteful situation can be remedied without further escalation.


Best regards,
The LSS Team