## DECLARATION OF BARRY ANGELINE

I, Barry Angeline, declare and state as follows:

During the relevant period, I served as a contractor and FEMA's technical lead for the Lean Six Sigma (LSS) program in Puerto Rico. I have personal knowledge of the facts set forth in this Declaration.

On or about March 15, 2019, in the afternoon near close of business, I, along with Col Dan McCabe (US Army, retired), met with Tamiris Aldarondo in her work area in the Joint Recovery Office in Puerto Rico.

We began the meeting with small talk. We discussed Japan, where both Ms. Aldarondo and I had lived. We also made small talk about me bringing in coffee and bread from Sobao again, which she stated was her favorite and which I had previously brought to the LSS class. My hotel was right next door. I said a few things in Japanese, but she stated she did not remember the Japanese she had learned.

Both Dan McCabe and I served as Ms. Aldarondo's mentors for her LSS Black Belt project.

We specifically notified Ms. Aldarondo that she had made no progress on her project and that her project was ranked last in the LSS portfolio, a ranking she shared with Michelle Ortiz, who reported directly to her.

We discussed at length her project status and what was needed to get it on track, and Dan and I offered to help organize and facilitate a Rapid Improvement Event for her project.

During this discussion, Ms. Aldarondo asked if she could split her Black Belt project with Michelle Ortiz. I informed Ms. Aldarondo that she could not split the Black Belt project.

We then transitioned to discuss broader contract issues.

I made a comment that it was odd that FEMA selected ATCS as the prime contractor since they had no LSS Intellectual Property (IP), had never deployed an LSS program before, and were relying on excessive pass-throughs to execute the work. I let her know that I thought ATCS was ripping FEMA off for what they were providing.

We informed Ms. Aldarondo that although FEMA was paying top dollar for LSS services, the excessive pass-through layering created by ATCS was preventing FEMA from receiving the highest quality candidates. We noted that FEMA could get a lot more for a lot less money.

The major issue we discussed was the fundamental deviations from the Statement of Work (SOW) and our being forced to work at risk.

I told Ms. Aldarondo that the scope of work had more than doubled, specifically due to the Intellectual Property and services we were providing that were not in the original SOW. I stated that because we continued to provide this unauthorized work, it constituted a violation of the Anti-Deficiency Act. I stressed the gravity of this, recounting an incident where I learned it was

illegal to give the government free services, during a software pilot, at the Marine Corps Network Operations Security Command (MCNOSC).

I explained the operational problems this unauthorized work caused, specifically that the simultaneous decision to cut our hours to 40 per week was unworkable. I explained that complying with the 40-hour cap was impossible for the LSS Black Belt training week itself, which required approximately 50 hours for setup, delivery, and hot wash alone, and that we were unable to bill for a lot of hours spent integrating the IP.

I stressed that the SOW needed to be adjusted immediately with a contract modification because the change was significant and we were not even in the ballpark of the original SOW. I cautioned that this might require a whole new contract, depending on the Contracting Officer's determination.

We also discussed the violations of the Prompt Payment Act.

We asked Ms. Aldarondo who the Contracting Officer Representative (COR) was for the Task Order. She initially stated the contract had no COR, but then subsequently claimed that she was the COR.

The discussion lasted approximately forty-five (45) minutes.

The tone of the discussion was professional and not confrontation or adversarial in the least.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of December, 2025, at Ashburn, Virginia.

**Barry Angeline**