**SWORN STATEMENT OF CLIFFORD DANIEL MCCABE**

I, Clifford Daniel McCabe, am a retired Colonel of the United States Army, and do hereby state that the following facts are true and correct, based on my personal involvement as an LSS program contractor in Puerto Rico in March 2019.

1. On or about March 15, 2019, at approximately 1700 hours, Barry Angeline and I met with Tamiris Aldarondo at her workspace in the Joint Recovery Office. The impromptu meeting lasted about an hour.
2. Mr. Angeline and I were Ms. Aldarondo's LSS Black Belt coaches. We reviewed her project status, noting a lack of progress and missed class time. We advised her make-up sessions and offered to assist with a Rapid Improvement Event.
3. During this review, Ms. Aldarondo inquired if she could split her project with Michelle Ortiz. Mr. Angeline promptly informed her that splitting the project was not allowed.
4. The discussion then broadened to contractual concerns. We looked for Mark Rozycki to participate, but he was not present.
5. Mr. Angeline led a discussion regarding the prime contract with ATCS. He opined the contract structure was problematic and stated ATCS was not delivering adequate value to FEMA for the cost.
6. A primary focus was the fundamental deviation from the task order's Statement of Work (SOW). Mr. Angeline presented analysis indicating most of our work fell outside the original SOW, obligating us to work at risk.
7. We discussed that the operational scope had more than doubled due to providing IP and services not in the original SOW. We agreed this raised serious FAR concerns and urgently required a contract modification or new contract.
8. Associated legal issues were also raised, including potential violations of the Anti-Deficiency Act and the Prompt Payment Act.
9. We asked Ms. Aldarondo to identify the Contracting Officer's Representative (COR). She responded that she was the COR, which we understood to be incorrect, causing confusion.
10. The tone of the meeting was professional and even somewhat jovial at times.

**I swear or affirm under penalty of perjury under the laws of the United States that the above is true and correct.**

**CLIFFORD DANIEL MCCABE**
Colonel, U.S. Army (Retired)

Dated: December 17, 2025