## LSS Project Tracking

| ProjectID | Parent | Child | Project | Belt Area | Champion | GB | BB | Methodology | D | M | A | I/D | C/V | Progress | Est. Closure Date | MBB | Status | Project Charter | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 47 | 23 | 15 | 8 | 0 | 1 | | | | | |
| | | | | | | | | | Phase — C = Complete  X = In Process | | | | | | | | | | |
| 002 | A | 0 | Reduction of Time Extensions Lead Time | CI | Carla de Jesus Martinez | | Christian Bernard Gomez | DMAIC | C | X | | | | | 3/31/2019 | Barry | Active | Yes | passed Analyze phase 3/08/19?; any more dates? Status? |
| 032 | AA | 0 | Cross Sector 404 Opportunities | HM | Katherine Gonzalez | | George Roman Santiago | DMADV | C | X | | | | | 5/15/2019 | Mark R. | Active | Yes | Analyze tollgate 4/15 |
| 034 | AB | 0 | Improve PA Process to Expedite to FCE Phase | NCR | Joseph Chauvin | | Yezenia Mustafa Vazquez | DMAIC | C | X | | | | | 5/29/2019 | Mark W. | Active | Yes | Measure tollgate on 3/22/19 |
| 037 | AE | 0 | Capacity Building NQS-IMT | Capacity Building | Jose Marchand Parnell | | Liz Morales Ramos | DMAIC | C | C | X | | | | 6/1/2019 | Mike | Active | Yes | Measure tollgate on 3/15/19; results? Should actually be in Measure |
| 039 | AG | 0 | M.D. Project Formulation Optimization | Municipalities | Ricardo Marin Arias | | Melissa Boudrye | DMAIC | C | X | | | | | 5/31/2019 | Mike | Active | Yes | Measure tollgate on 3/15/19; results? Needs to update dates |
| 040 | AH | 0 | Command and General Staff Report Process Improvement | Planning and An. | Jose Espinosa | | Rangel (Ron) Guerrero | RIE | C | X | | | | | 5/1/2019 | Mike | Active | Yes | Improve tollgate 4/1; results? Is currently in control, needs to update quad-chart and put tollgate documentation in folder |
| 043 | AJ | 0 | Public Housing Roof Replacement | PA-Ops | Justo "Tito" Hernández | Danna Planas Ocasio | Angiselle Rodriguez | DMAIC | C | C | X | | | | 6/1/2019 | Mike | Active | Yes | passed Measure phase 3/15/19; results? Added by Tito (Champion) on February 8th |
| 044 | AK | 0 | RIE – DDD and SOW Agreements | Public Buildings | Patrick Briggs | | | RIE | X | | | | | | ??? | Barry | Active | Yes | missing MBB sig for GB |
| 045 | AL | 0 | Improve Wireless Device Tracking and Funding | Finance Office | Shane York | Enid Alicea Ortiz | | DMAIC | X | | | | | | 6/30/2019 | Barry | Active | Yes | no GB signatures |
| 047 | AM | 0 | Small Project formulation | Municipalities | Antonio Busquests | Jorge Lopez Jimenez | | DMAIC | X | | | | | | 8/30/2019 | Mike | Active | Yes | no GB signatures; Process Management is blacked out, what is the correct category? |
| 049 | AN | 0 | DTS Support | FOD-DTS | Paul Whitman | Lynda Torres | | DMAIC | X | | | | | | 6/28/2019 | Mark W. | Active | Yes | no GB signatures |
| 062 | AO | | Multi risk analysis tool for the electrical grid | HSS | | Carlos Lefranc Garcia | | | X | | | | | | | Barry | Active | | |
| 063 | AP | | | Energy | Israel Martinez | | Carlos Santos Vazquez | DMADV | X | | | | | | 5/10/2019 | Barry | Active | Yes | |
| 064 | AQ | | | CDR3 | | Margarita Mosquera Mendez | | | X | | | | | | | Barry | Active | | |
| 065 | AR | | | CDR3 | | Roberto Mendez | | | X | | | | | | | Barry | Active | | |
| 004 | C | 0 | DDD Agreement Improvement Project | Public Buildings | Danna Planas Ocasio | | Javier Colon | DMAIC | C | C | X | | | | | Barry | Active | Yes | |
| 050 | C | 1 | Additional elements to accelerate DDD's and SOW | Public Buildings | Danna Planas Ocasio | Brenda Dorta | | DMAIC | X | | | | | | 8/30/2019 | Barry | Active | Yes | has no other tollgate except the start and close date |
| 005 | D | 0 | DI Advisor Engagement | DI | Karin Agritelly | | Javier Pandolfi De Rinaldis Mercado | RIE | C | X | | | | | 10/31/2019 | Barry | Active | Yes | Analyze tollgate 3/29/19; make sure Luz's latest is in the folder and in the 3/21 report |
| 008 | F | 0 | Defect Rates for Verifying Home Ownership | Call Center | Justo "Tito" Hernández | | Luz Stearns | DMAIC | C | X | | | | | 5/10/2019 | Barry | Active | Yes | Analyze tollgate 3/29/19; make sure Luz's latest is in the folder and in the 3/21 report |
| 051 | F | 1 | Ownership Review | Call Center | Luz Stearns | Efrain Sanchez | | DMAIC | X | | | | | | 5/31/2019 | Barry | Active | Yes | |
| 010 | G | 0 | DCMP Process Optimization | HSS | Luis Torres-Colon | | Nick Granum | RIE | C | X | | | | | 5/31/2019 | Barry | Active | Yes | |
| 011 | H | 0 | Public Assistance for Critical Hospitals | HSS | Waddy González | | Nick Granum | DMAIC | C | X | | | | | 5/31/2019 | Barry | Active | Yes | Analyze tollgate 4/5 |
| 012 | I | 0 | United Federal Review: Cycle | EHP | Patrick Tuohy | | Rosario Lecaroz | DMAIC | C | X | | | | | 6/30/2019 | Mark W. | Active | Yes | Started over on 3/25; new project |
| 053 | I | 1 | EHP – Unified Federal Review Process Time Reduction | EHP | Patrick Tuohy | Lourdes Cotto | | DMAIC | X | | | | | | 6/30/2019 | Mark W. | Active | Yes | |
| 014 | K | 0 | CoS Office Optimization | CI | Ana Bonilla | | Tamiris Aldarondo | RIE | C | X | | | | | 6/20/2019 | Barry | Active | Yes | Analyze tollgate 3/22/19 |
| 056 | K | 1 | Chief of Staff Office Optimization | CI | Ana Bonilla | Michelle Ortiz | | RIE | X | | | | | | 5/30/2019 | Barry | Active | Yes | |
| 015 | L | 0 | PW Developing Using New Technology And Data | Transportation | Joe Chirico | | Travis Johnson | DMAIC | C | C | X | | | | 5/15/2019 | Bill | Active | Yes | Analyze tollgate 4/5 |
| 016 | M | 0 | TSST Mitigation / PA Projects Integration | Transportation | Indira Maneiro | | Arnold Gregory | DMAIC | C | X | | | | | 11/15/2019 | Bill | Active | Yes | Measure tollgate 3/31/19 |
| 055 | M | 1 | TSST PA Projects EHP & Mitigation Specialist Integration | Transportation | Indira Maneiro | Maylene Robles Perez | | DMAIC | X | | | | | | 5/31/2019 | Bill | Active | Yes | |
| 060 | M | 2 | | Transportation | Indira Maneiro | Pablo Santos | | DMAIC | X | | | | | | 5/31/2019 | Bill | Active | Yes | |
| 017 | N | 0 | Obligation of Cat B & Permanent Work | Water | Andres Garcia Martino | | Luis Amaro | DMAIC | C | C | X | | | | 5/31/2019 | Bill | Active | Yes | No dates after Measure 4/7/19; |
| 058 | N | 1 | Obligation of Cat B & Permanent Work | Water | Andres Garcia Martino | Rebeca Cintron Pena | | DMAIC | X | | | | | | 5/31/2019 | Bill | Active | Yes | |
| 061 | N | 2 | Obligation of Permanent Work | Water | Andres Garcia Martino | Vivian Kiflai | | DMAIC | X | | | | | | 6/21/2019 | Bill | Active | Yes | |
| 021 | Q | 0 | DR4339 PNP DDDs for 428 Projects | Education | Claude Hyacinthe | | Sharon Bedasee | DMAIC | C | X | | | | | 3/31/2019 | Bill | Active | Yes | completes final tollgate 3/31/19; tollgates? Quad Still in D phase |
| 022 | R | 0 | UPR DDD's Formulation | Education | Claude Hyacinthe | | Sofía Diaz-Cabrera & Mayda Hernandez | RIE | C | X | | | | | 3/31/2019 | Bill | Active | Yes | completes final tollgate 3/31/19; tollgates? |
| 023 | S | 0 | Digital Site Inspections | PA | Travis Johnson | | Travis Johnson | DMADV | C | C | C | | C | X | 2/28/2019 | Mike | Active | Yes | |
| 024 | T | 0 | Interagency External EHP Process Cycle Time Reduction | Energy | Justo "Tito" Hernández | | Evelyn Santiago Rivera | DMAIC | X | | | | | | 6/14/2019 | Jeff | Active | Yes | |
| 054 | T | 1 | blank | Energy | Justo "Tito" Hernández | Marlene V. Garcia Cartagena | | DMAIC | X | | | | | | ??? | Jeff | Active | Yes | |
| 025 | U | 0 | Improve Internal EHP Process to Expedite 428 PW Obligation | Energy | Thomas Miller | | Israel Martinez Santiago | DMAIC | C | X | | | | | 6/28/2019 | Jeff | Active | Yes | |
| 026 | V | 0 | Improve Cross Sector Communications | Communications/IT | Maggie Holmes | | Melanie Trujillo | DMAIC | X | | | | | | 6/28/2019 | Mark W. | Active | Yes | Measure tollgate 3/10/19; results? Quad Still in D phase; hasn't updated since 2/8 |
| 052 | V | 1 | Improve Cross Sector Communications | Communications/IT | Maggie Holmes | Gwendelyn MongeAcevedo | | DMAIC | X | | | | | | 6/14/2019 | Mark W. | Active | Yes | |
| 027 | W | 0 | Proof of Housing Ownership | Housing | Luis Avila | | Kelly Jo Rivas Bernard | DMAIC | C | C | X | | | | 3/15/2019 | Jeff | Active | Yes | Closes project on 3/15/19; results? |
| 028 | X | 0 | Public Housing PW's | Housing | Kelly Jo Rivas Bernard | | Luis Avila | DMAIC | C | C | X | | | | 4/15/2019 | Jeff | Active | Yes | Improve tollgate 3/15/19; results? |
| 030 | Y | 0 | Management of Parking Passes | Logistics | Charles Woodard | | Luis Martinez Beltran | RIE | C | X | | | | | 3/11/2019 | *Jeff | Active | Yes | Improve tollgate 3/18/19; results? |
| 057 | Y | 1 | Emergency Water Response for External Facilities | Logistics | Charles Woodard | Omar Rodriguez | | DMAIC | X | | | | | | 4/19/2019 | Jeff | Active | Yes | |
| 031 | Z | 0 | CAD PR Conference Room Scheduling | Planning and An. | Jose Espinosa | | Rangel (Ron) Guerrero | RIE | C | C | X | | | | 4/31/19 | Jeff | Active | Yes | 3/10 Analyze and 3/31 Improve tollgates; ask Ron to adjust the slide size for conference room scheduling; C&G 3/15 Analyze tollgate; results? |
| 059 | Z | 1 | Improve Cross-Sector Communications | Planning and An. | Rangel (Ron) Guerrero | Robert A. Fernandez | | RIE | X | | | | | | 5/1/2019 | Jeff | Active | Yes | |