| Proj. ID | Parent | Child | Status | Proj. Area | Project | Est. Close Date | Lead | Phase | This Week's Updates |
|---|---|---|---|---|---|---|---|---|---|
| 078 | 078 | 0 | 1-Complete | HOUS | STEP Program | 6/6/2019 | MBB | C | |
| 079 | 079 | 0 | 1-Complete | HOUS | Home Building Construction Permits | ? | MBB | C | |
| 067 | 067 | 0 | 1-Complete | HSS | DRC to CRC Transition | 10/3/2018 | MBB | C | |
| 043 | 043 | 0 | 2-Active | HOUS | Public Housing Roof Replacement | 8/1/2019 | BB | A | NA |
| 016.1 | 016 | 0.1 | 2-Active | Transp. | TSST PA Projects EHP & Mitigation Specialist Integration- A | 6/30/2019 | GB | D | Weekly Meeting Continue Working on Project |
| 016.2 | 016 | 0.2 | 2-Active | Transp. | TSST PA Projects EHP & Mitigation Specialist Integration- B | 6/30/2019 | GB | D | Weekly Meeting Continue Working on Project |
| 016 | 016 | 0 | 2-Active | Transp. | TSST Mitigation / PA Projects Integration | 11/15/2019 | BB | M | NA |
| 023 | 023 | 0 | 2-Active | PA | Digital Site Inspections | 7/31/2019 | MBB | I/D | Met with Water& Energy Discussed 5 solutions for getting info into GM |
| 075 | 075 | 0 | 4-Proposed | ? | Daily Battle Rhythm/Meetings | ? | MBB | | |
| 076 | 076 | 0 | 4-Proposed | ? | Reports | ? | MBB | | |
| 002 | 002 | 0 | 2-Active | CI | Reduction of Time Extensions Lead Time | 6/30/2019 | BB | C | Working through the final stages. Process was changed due to the re-... |
| 024.1 | 024 | 0.1 | 2-Active | Energy | PREPA - FEMA Communication Alignment | 7/1/2019 | GB | D | |
| 024 | 024 | 0 | 2-Active | Energy | Interagency External EHP Process Cycle Time Reduction | 6/14/2019 | BB | M | NA |
| 032 | 032 | 0 | 2-Active | HM | Cross Sector 404 Opportunities | 7/31/2019 | BB | M | Undetermined.  Currently waiting on a new champion decision about ... |
| 025 | 025 | 0 | 2-Active | Energy | Improve Internal EHP Process to Expedite 428 PW Obligation | 6/28/2019 | BB | M | NA |
| 004.1 | 004 | 0.1 | 2-Active | Pub. Bldg | Developing the Requirements for Final Agreement for the PA Process | 8/30/2019 | GB | D | Previous project was eliminated with the re-org.  This is a different aspect of the PPP agreement |

| Proj. ID | Parent | Child | Status | Proj. Area | Project | Est. Close Date | Lead | Phase | This Week's Updates |
|---|---|---|---|---|---|---|---|---|---|
| 072 | 072 | 0 | 4-Proposed | ? | QA/QC Rework of PWs | ? | MBB | | |
| 073 | 073 | 0 | 4-Proposed | ? | Multi-Sector Corridor Planning | ? | MBB | | |
| 074 | 074 | 0 | 4-Proposed | ? | Integrated Master Schedule /Plan | ? | MBB | | |
| 077 | 077 | 0 | 4-Proposed | ? | Training Strategy | ? | MBB | | |
| 004 | 004 | 0 | 2-Active | Pub. Bldg | DDD Agreement Improvement Project | 9/30/2019 | BB | A | Revitalizing this project. Was inactive, but revitalized this project |
| 005 | 005 | 0 | 2-Active | DI | DI Advisor Engagement (4 Pillars) | 10/31/2019 | MBB | M | |
| 005.1 | 005 | 0.1 | 2-Active | DI | Reduce PWs that have DI Errors | 8/30/2019 | BB | D | NA |
| 027 | 027 | 0 | 2-Active | HOUS | Proof of Housing Ownership | 6/15/2019 | BB | A | NA |
| 037 | 037 | 0 | 2-Active | Cap. Bldg | Capacity Building NQS-IMT | 8/1/2019 | BB | A | NA |
| 006 | 006 | 0 | 5-Cancelled | Finance | PA Spend Plan Projection Process | | BB | | |
| 018 | 018 | 0 | 5-Cancelled | Water | Water Sector Tank Sampling Methodology | 2/28/2019 | MBB | | Cancelled when Dr. Prasa's contract was cancelled. |
| 017.1 | 017 | 0.1 | 2-Active | Water | Obligation of Cat B & Permanent Work-A | 6/30/2019 | GB | D | Weekly Meeting Helping with DSI |
| 017.2 | 017 | 0.2 | 2-Active | Water | Obligation of Permanent Work | 6/21/2019 | GB | D | Weekly Meeting Helping with DSI |
| 028 | 028 | 0 | 2-Active | HOUS | Public Housing PW's New Model Transition | 10/15/2019 | MBB | A | |
| 017 | 017 | 0 | 2-Active | Water | Obligation of Cat B & Permanent Work | 6/30/2019 | BB | A | NA |
| 029 | 029 | 0 | 2-Active | Log. | Emergency Water Response for External Facilities | 8/30/2019 | GB | D | |

| Proj. ID | Parent | Child | Status | Proj. Area | Project | Est. Close Date | Lead | Phase | This Week's Updates |
|---|---|---|---|---|---|---|---|---|---|
| 030 | 030 | 0 | 1-Complete | Log. | Management of Parking Passes | 4/30/2019 | BB | C | |
| 008.1 | 008 | 0.1 | 2-Active | Call Center | Ownership Review | 6/30/2019 | GB | M | |
| 008 | 008 | 0 | 2-Active | Call Center | Defect Rates for Verifying Home Ownership | 6/30/2019 | BB | M | NA |
| 068 | 068 | 0 | 1-Complete | Call Center | Improve Caller Services QC Review Process | 12/4/2018 | MBB | C | |
| 022.1 | 022 | 0.1 | 5-Cancelled | Ed. | UPR DDD's Formulation - A | | BB | M | Project cancelled due to … |
| 081 | 081 | 0 | 3-Inactive | Ed. | PRDE DDD's Formulation | | BB | | Champion wanted Mayda Hernandez to stop this project and |
| 026.1 | 026 | 0.1 | 3-Inactive | Coms/IT | Improve Cross Sector Communications - A | 6/14/2019 | GB | D | Operational capacity limits |
| 026 | 026 | 0 | 3-Inactive | Coms/IT | Improve Cross Sector Communications | 6/28/2019 | BB | D | Operational capacity limits. Planned meeting next week to look |
| 038 | 038 | 0 | 1-Complete | Munic. | Municipalities Branch Process Improvement | 2/25/2019 | MBB | C | |
| 063 | 063 | 0 | 2-Active | Energy | Multi risk analysis tool for the electrical grid | 9/30/2019 | GB | D | |
| 064 | 064 | 0 | 2-Active | COR3 | blank 1 | 7/31/2019 | GB | D | |
| 065 | 065 | 0 | 2-Active | COR3 | blank 2 | 7/31/2019 | GB | D | |
| 010.2 | 010 | 0.2 | ? | HSS | Service Provider Regional Optimization | 7/31/2019 | MBB | D | |
| 070 | 070 | 0 | ? | HSS | HSS Core Process Monte Carlo Simulation | 7/31/2019 | MBB | D | |
| 010.1 | 010 | 0.1 | 3-inactive | HSS | TBD | 6/16/2019 | GB | D | Not currently active on this project |
| 010 | 010 | 0 | 2-Active | HSS | DCMP Process Optimization should be **"Service Provider Regional Optimization"** | 7/31/2019 | BB | C/V | Nic is on rotation.  Will continue refinement upon his return |

| Proj. ID | Parent | Child | Status | Proj. Area | Project | Est. Close Date | Lead | Phase | This Week's Updates |
|---|---|---|---|---|---|---|---|---|---|
| 044 | 044 | 0 | 5-Cancelled | Pub. Bldg | RIE – DDD and SOW Agreements | 6/15/2019 | GB | | Cancelled on 6/5. Danna no longer wants to participate in GB program. |
| 049 | 049 | 0 | 2-Active | FOD-DTS | DTS Support | 6/28/2019 | GB | D | |
| 011 | 011 | 0 | ? | HSS | Public Assistance for Critical Hospitals | 5/31/2019 | BB | M | |
| 031 | 031 | 0 | 1-Complete | Plan/An. | CAD PR Conference Room Scheduling | 5/30/2019 | BB | C | |
| 040.1 | 040 | 0.1 | 1-Complete | Plan/An. | Command and General Staff Accuracy - Error Tracking | 5/1/2019 | GB | C | |
| 040 | 040 | 0 | 1-Complete | Plan/An. | Command and General Staff Report Process Improvement | 5/1/2019 | BB | C | |
| 012.1 | 012 | 0.1 | 5-Cancelled | EHP | EHP – Unified Federal Review Process Time Reduction | 6/30/2019 | GB | D | Cancelled on 6/5. Lourde.  Working with Luis Amaro on a new project |
| 012 | 012 | 0 | 2-Active | EHP | United Federal Review: Cycle | 6/30/2019 | BB | M | Develop VSM and SWI. |
| 021 | 021 | 0 | 2-Active | Ed. | DR4339 PNP DDDs for 428 Projects | 7/31/2019 | BB | D | NA |
| 036 | 036 | 0 | 2-Active | Plan/An. | Integrated Database w/ Obligated Status | 6/30/2019 | MBB | I/D | |
| 013 | 013 | 0 | 5-Cancelled | FCO | Ineffective Communications Between Leadership | 3/15/2019 | BB | | Cancelled when Mike Byrne left DR-4339. |
| 039 | 039 | 0 | 3-Inactive | Munic. | M.D. Project Formulation Optimization | | MBB | M | |
| 041 | 041 | 0 | 3-Inactive | CI | QA-QC Process Cycle Time Reduction | | MBB | | |
| 080 | 080 | 0 | 1-Complete | PA | Phase 1 - LPN Process Improvement | 11/15/2019 | MBB | C | |
| 080.1 | 080 | 0.1 | 1-Complete | PA | Phase 2 - LPN Process Improvement | 1/31/2019 | MBB | C | |
| 022 | 022 | 0 | 2-Active | Ed. | UPR DDD's Formulation | 6/30/2019 | BB | M | NA |

| Proj. ID | Parent | Child | Status | Proj. Area | Project | Est. Close Date | Lead | Phase | This Week's Updates |
|----------|--------|-------|--------|-----------|---------|-----------------|------|-------|---------------------|
| 014.1 | 014 | 0.1 | 2-Active | CI | Chief of Staff Office Optimization | 8/1/2019 | GB | D | |
| 014 | 014 | 0 | 2-Active | CI | CoS Office Optimization | 6/20/2019 | BB | M | NA |
| 045 | 045 | 0 | 3-Inactive | Finance | Improve Wireless Device Tracking and Funding | | GB | D | |
| 047 | 047 | 0 | 3-Inactive | Munic. | Small Project formulation | | GB | D | |
| 015 | 015 | 0 | 1-Complete | Transp. | PW Developing Using New Technology And Data | 5/15/2019 | BB | C | |
| 034 | 034 | 0 | 3-Inactive | NCR | Improve PA Process to Expedite to FCE Phase | 5/29/2019 | BB | M | Champion unsupportive. Looking at a different project that will be |
| 003 | 003 | 0 | 1-Complete | Finance | Closing Contracts | 2/28/2019 | BB | C | |

| Benefits | MBB | Champion | BB | GB | BB- | Method | Project Charter |
|---|---|---|---|---|---|---|---|
| Developed a data management tool to track home repairs over time, | ? | ? | | | | ? | |
| Reduced the time for a building permit. Many building permit review steps | ? | ? | | | | ? | |
| Mapped both the current and ideal DRC to CRC transitions. The ideal | Barry Angeline | Nic Granum | | | Barry | RIE | Yes |
| | Jeff Wykosky | Justo "Tito" Hernández | Angiselle Rodriguez | | Angiselle Rodriguez | DMAIC | Yes |
| | Bill Haveman | Indira Maneiro | Arnold Gregory | Maylene Robles Perez | Arnold Gregory | DMAIC | Yes |
| | Bill Haveman | Indira Maneiro | Arnold Gregory | Pablo Santos | Arnold Gregory | DMAIC | Yes |
| | Bill Haveman | Indira Maneiro | Arnold Gregory | | Arnold Gregory | DMAIC | Yes |
| | Bill Haveman | Travis Johnson | | | Bill | DMADV | Yes |
| | Jeff Wykosky | ? | | | | ? | |
| | Jeff Wykosky | ? | | | | ? | |
| | Mark Woodhouse | Carla de Jesus Martinez | Christian Bernard Gomez | | Christian Bernard Gomez | DMAIC | Yes |
| | Jeff Wykosky | Evelyn Santiago | Evelyn Santiago Rivera | Marlene Garcia Cartagena | Evelyn Santiago Rivera | DMAIC | Yes |
| | Jeff Wykosky | Justo "Tito" Hernández | Evelyn Santiago Rivera | | Evelyn Santiago Rivera | DMAIC | Yes |
| | Mark Woodhouse | Katherine Gonzalez | George Roman Santiago | | George Roman Santiago | DMADV | Yes |
| | Jeff Wykosky | Thomas Miller | Israel Martinez Santiago | | Israel Martinez Santiago | DMAIC | Yes |
| | Mark Woodhouse | Danna Planas Ocasio | Javier Colon | Brenda Dorta Aguilar | Javier Colon | RIE | Yes |

| Benefits | MBB | Champion | BB | GB | BB- | Method | Project Charter |
|---|---|---|---|---|---|---|---|
| | Mike Oshaben | ? | | | | ? | |
| | Mike Oshaben | ? | | | | ? | |
| | Mike Oshaben | ? | | | | ? | |
| | Mike Oshaben | ? | | | | ? | |
| | Mark Woodhouse | Danna Planas Ocasio | Javier Colon | | Javier Colon | DMAIC | Yes |
| | Jeff Wykosky | Charlotte Lewis | Javier Pandolfi De Rinaldis Mercado | | Javier Pandolfi De Rinaldis Mercado | RIE | Yes |
| | Jeff Wykosky | Charlotte Lewis | Javier Pandolfi De Rinaldis Mercado | | Javier Pandolfi De Rinaldis Mercado | RIE | Yes |
| | Jeff Wykosky | Luis Avila | Kelly Jo Rivas Bernard | | Kelly Jo Rivas Bernard | DMAIC | Yes |
| | Mike Oshaben | Jose Marchand Parnell | Liz Morales Ramos | | Liz Morales Ramos | DMAIC | Yes |
| | Barry Angeline | Shane York | Lori Pellicano | | Lori Pellicano | DMAIC | Yes |
| | Bill Haveman | Andres Garcia Martino | Luis Amaro | | Luis Amaro | DMADV | ? |
| | Bill Haveman | Andres Garcia Martino | Luis Amaro | Rebeca Cintron Pena | Luis Amaro | DMAIC | Yes |
| | Bill Haveman | Andres Garcia Martino | Luis Amaro | Vivian Kiflai | Luis Amaro | DMAIC | Yes |
| | Jeff Wykosky | Kelly Jo Rivas Bernard | | | Jeff | DMAIC | Yes |
| | Bill Haveman | Andres Garcia Martino | Luis Amaro | | Luis Amaro | DMAIC | Yes |
| | Jeff Wykosky | Charles Woodard | Luis Martinez Beltran | Omar Rodriguez | Luis Martinez Beltran | DMAIC | Yes |

| Benefits | MBB | Champion | BB | GB | BB- | Method | Project Charter |
|---|---|---|---|---|---|---|---|
| $100,000 in improving the efficiency parking utilization | Jeff Wykosky | Charles Woodard | Luis Martinez Beltran | | Luis Martinez Beltran | RIE | Yes |
| | Jeff Wykosky | Luz Stearns | Luz Stearns | Efrain Sanchez | Luz Stearns | DMAIC | Yes |
| | Jeff Wykosky | Justo "Tito" Hernández | Luz Stearns | | Luz Stearns | DMAIC | Yes |
| 100% supervisor utilization of standard caller assessments. Supervisors now | Barry Angeline | Tito | Luz Stearns | | Luz Stearns | RIE | Yes |
| | Bill Haveman | Claude Hyacinthe | Mayda Hernandez-Robles | | Mayda Hernandez-Robles | RIE | Yes |
| | Bill Haveman | Claude Hyacinthe | Mayda Hernandez-Robles | | Mayda Hernandez-Robles | RIE | |
| | Mark Woodhouse | Maggie Holmes | Melanie Trujillo | Gwendelyn Monge Acevedo | Melanie Trujillo | DMAIC | Yes |
| | Mark Woodhouse | Maggie Holmes | Melanie Trujillo | | Melanie Trujillo | DMAIC | Yes |
| | Mike Oshaben | Ricardo Marin Arias | Melissa Boudrye | | Melissa Boudrye | DMAIC | ? |
| | Mark Woodhouse | Israel Martinez | | Carlos Santos Vazquez | | DMADV | Yes |
| | Mark Woodhouse | | | Margarita Mosquera Mendez | | TBD | |
| | Mark Woodhouse | | | Roberto Mendez | | TBD | |
| | Mark Woodhouse | Luis Torres-Colon | Nic Granum | | Nick Granum | RIE | Yes |
| | Mark Woodhouse | Waddy González | Nic Granum | | Nic Granum | RIE | Yes |
| | Mark Woodhouse | Nic Granum | Nic Granum | Carlos Lefranc Garcia | Nick Granum | RIE | Yes |
| | Mark Woodhouse | Luis Torres-Colon | Nic Granum | | Nic Granum | RIE | Yes |

| Benefits | MBB | Champion | BB | GB | BB- | Method | Project Charter |
|---|---|---|---|---|---|---|---|
| | Mark Woodhouse | Patrick Briggs | | Danna Planas Ocasio | | RIE | Yes |
| | Mark Woodhouse | Paul Whitman | | Lynda Torres | | DMAIC | Yes |
| | Mark Woodhouse | Waddy González | Nic Granum | | Nic Granum | DMAIC | Yes |
| Maximizing conference room capacity i.e. number of rooms, number of people and streamlining the | Jeff Wykosky | Jose Espinosa | Rangel (Ron) Guerrero | | Rangel (Ron) Guerrero | RIE | Yes |
| | Mike Oshaben | Rangel (Ron) Guerrero | Rangel (Ron) Guerrero | Robert A. Fernandez | Rangel (Ron) Guerrero | RIE | Yes |
| | Mike Oshaben | Jose Espinosa | Rangel (Ron) Guerrero | | Rangel (Ron) Guerrero | RIE | Yes |
| | Mark Woodhouse | Jose Alicea-Pou | Rosario Lecaroz | Lourdes Cotto Negron | Rosario Lecaroz | DMAIC | Yes |
| | Mark Woodhouse | Jose Alicea-Pou | Rosario Lecaroz | | Rosario Lecaroz | DMAIC | Yes |
| | Bill Haveman | Claude Hyacinthe | Sharon Bedasee | | Sharon Bedasee | DMAIC | Yes |
| | Mike Oshaben | Brian Holt | | | Mike | DMADV | ? |
| | Barry Angeline | Mike Byrne | Shirley Rivera Ayala | | Shirley Rivera Ayala | RIE | Yes |
| | Mike Oshaben | Ricardo Marin Arias | | | | DMAIC | Yes |
| | Mike Oshaben | | | | Mike | DMAIC | Yes |
| Reduced OLA's average review time from about 8 days to about 1 day after mitigated risks by ensuring EPM for procedures are maintained with the new system of record shifting over to | Mike Oshaben | Laura Brophy | | | Mike | DMADV | ? |
| | Mike Oshaben | Laura Brophy | | | Mike | DMADV | ? |
| | Bill Haveman | Claude Hyacinthe | Sofia Diaz-Cabrera | | Sofia Diaz-Cabrera | RIE | Yes |

| Benefits | MBB | Champion | BB | GB | BB- | Method | Project Charter |
|---|---|---|---|---|---|---|---|
| | Mike Oshaben | Ana Bonilla | Tamiris Aldarondo | Michelle Ortiz | Tamiris Aldarondo | RIE | Yes |
| | Mike Oshaben | Ana Bonilla | Tamiris Aldarondo | | Tamiris Aldarondo | RIE | Yes |
| | Mike Oshaben | Shane York | | Enid Alicea Ortiz | | DMAIC | No |
| | Mike Oshaben | Antonio Busquets | | Jorge Lopez Jimenez | | DMAIC | Yes |
| | Bill Haveman | Joe Girot | Travis Johnson | | Travis Johnson | DMAIC | Yes |
| | Mark Woodhouse | Joseph Chauvin | Yezenia Mustafa Vazquez | | Yezenia Mustafa Vazquez | DMAIC | Yes |
| Created process to easily determine open/close status that improved communication for Finance. | Barry Angeline | Shane York | #N/A | | #N/A | JDI | Yes |

| Champion ID | GB ID | BB ID | Project Kick Off |
|---|---|---|---|
| | | | |
| | | | |
| | | | 8/25/2018 |
| C016 | | B037 | 2/10/2019 |
| | G037 | | 2/25/2019 |
| | G036 | | 2/25/2019 |
| C095 | | B031 | 1/14/2019 |
| C082 | | C082 | 6/15/2018 |
| | | | |
| | | | |
| C085 | | B036 | 1/14/2019 |
| | G023 | B035 | 2/25/2019 |
| C016 | | B035 | 1/14/2019 |
| C035 | | B012 | 1/14/2019 |
| C036 | | B014 | 1/14/2019 |
| | G018 | | 2/25/2019 |

| Champion ID | GB ID | BB ID | Project Kick Off |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| C007 |  | B015 | 1/14/2019 |
| C053 |  | B020 | 1/14/2019 |
|  |  |  | TBD |
| C076 |  | C049 | 1/14/2019 |
| C052 |  | B010 | 1/14/2019 |
| C024 |  | B029 | 1/14/2019 |
| C002 |  | B007 | 10/9/2018 |
|  | G005 |  | 2/25/2019 |
|  | G045 |  | 2/25/2019 |
| C049 |  | B023 | 1/14/2019 |
| C002 |  | B007 | 1/14/2019 |
|  | G032 |  | 2/25/2019 |

| Champion ID | GB ID | BB ID | Project Kick Off |
|---|---|---|---|
| C004 | | B016 | 1/14/2019 |
| | G046 | | 2/25/2019 |
| C016 | | B024 | 1/14/2019 |
| | | | 9/6/2018 |
| C005 | | B026 | 1/14/2019 |
| | | | 1/14/2019 |
| | G012 | | 2/25/2019 |
| C048 | | B008 | 1/14/2019 |
| C054 | | B034 | 10/18/2018 |
| | G027 | | 2/25/2019 |
| | G043 | | 2/25/2019 |
| | G044 | | 2/25/2019 |
| | | | 5/1/2019 |
| | | | 5/1/2019 |
| | G039 | | 2/25/2019 |
| C079 | | B011 | 1/14/2019 |

| Champion ID | GB ID | BB ID | Project Kick Off |
|---|---|---|---|
|  | C007 |  | 2/25/2019 |
|  | G017 |  | 2/25/2019 |
| C056 |  | B011 | 1/14/2019 |
| C011 |  | B004 | 1/14/2019 |
|  | G013 |  | 2/25/2019 |
| C011 |  | B004 | 1/14/2019 |
|  | G021 |  | 2/25/2019 |
| C071 |  | B019 | 1/14/2019 |
| C005 |  | B027 | 1/14/2019 |
| C071 |  |  | 10/26/2018 |
| C041 |  | B033 | 1/14/2019 |
| C054 |  | B034 | 1/10/2019 |
| C094 |  | B022 | 1/14/2019 |
| C017 |  |  |  |
| C017 |  |  |  |
| C005 |  | B002 | 1/14/2019 |

| Champion ID | GB ID | BB ID | Project Kick Off |
|---|---|---|---|
|  | G019 |  | 2/25/2019 |
| C044 |  | B032 | 1/14/2019 |
|  | G049 |  | 2/25/2019 |
|  | G022 |  | 2/25/2019 |
| C095 |  | C082 | 1/14/2019 |
| C013 |  | B013 | 1/14/2019 |
| C024 |  | B003 | 1/14/2019 |

| Misc. | Pass | Notes |
|---|---|---|
| | | Need storyboard. |
| | | Need storyboard. |
| | | Need storyboard. |
| | | |
| | | |
| | | |
| | Ag2006greg1129 | |
| | | |
| | | Developing a superior Battle Rhythm will help the CRC make the most |
| | | Take existing reports and switch it to action related |
| | | Completed project 6/6. Need storyboard. |
| | | |
| | | |
| | sora1990 | |
| | | |
| | | |

| Misc. | Pass | Notes |
|---|---|---|
| | | Set up a dashboard to help identify causes of rework. |
| | | Plan all interdepartmental activities on major infrastructure projects. |
| | | This is an important management tool that can provide significant |
| | | What is the physical training that needs to be done to work in the in |
| | | |
| | | |
| | | Previously a BB project. |
| | | |
| | | |
| | | Suspended 02/06/19 - Upon discussion with BB, project was not |
| | | Killed when Dr. Prasa's contract was cancelled. |
| | | |
| | | |
| | | Previously a BB project. Luis Avila on medical leave. No longer a BB. |
| | | |
| | | |

| Misc. | Pass | Notes |
|---|---|---|
| | | 6/5 labeled completed project. |
| | | |
| | | |
| | | Need storyboard. |
| | | Killed 6/6/19.  Champion would like Mayda Hernandez and Sofia Diaz to ~~Determined inactive. Claude wanted~~ Mayda to team up and support a portion of Sofia Diaz's project. |
| | | |
| | | Measure tollgate 3/10/19; results? |
| | | Official word that the project was completed on  3/8; will be removed ~~from the report starting report~~ |
| | | |
| | | |
| | | |
| | | Likely to delete. duplicate |
| | | Likely to delete. Duplicate |
| | | |
| | lss4339 | Previously a BB project. |

| Misc. | Pass | Notes |
|---|---|---|
| | | Killed on 6/5. Danna no longer wants to participate in GB program. |
| | | |
| | lss4339 | |
| | | Need storyboard. |
| | | Need storyboard. |
| | | Need storyboard. |
| | | Killed on 6/5 |
| | | |
| | | |
| | | Project put on hold; will be removed from the report starting report |
| | | Killed when Mike Byrne left PR. |
| | | Previously a BB project.  Melissa is no longer a BB. Inactive on 6/6 |
| | | Inactive on 6/6 |
| | | |
| | | Project completed- story-board almost finalized for distribution |
| | | |

| Misc. | Pass | Notes |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | Completed 6/6. Need storyboard |
|  | NCR#1 |  |
|  |  | Hector decided to leave the BB program on 2/8. Do a storyboard? |