

# LEAN SIX SIGMA TRAINING / COACHING PULSE CHECK

## CONTINOUS IMPROVEMENT PROGRAM –DR-PR-4339

# Pulse Check Objective

## Obtain feedback from the current BB and GB candidates on the below categories:

- How did candidates rate the Lean Six Sigma training?Rating reasonsWould the learned tools provide any benefit to the agency?Coaching feedbackProgram Continuity  Project evaluation Summary

# Excellent Rating

- The documentation presented was very effectiveValuable material and tools to useExperienced Staff;  learned good information to make better decisions with available dataExamples with step by step visuals that can be referenced for future useNew training connects theory and applications extremely well

# Good Rating

- Provided tools to technical individuals that can be applied on everyday challenges2nd week of training was not practical and lacked explanation on the purpose of the exerciseGreat tools for process managementIt provided a baseline and understanding for statistical analysisToo much speed means the training losses effectivenessToo much LSS theory is not applicable to FEMATraining focused on manufacturing instead of service

# Could Be Better Rating

- Trainee's background should be screened for better training suitabilityLeaders push back program support due to lack of understandingAlignment that shows how to apply the tools to solve FEMA's challengesToo much material in a short period of timeTraining schedule conflicting with FEMA deadlinesThe training's pace was too fastTrainers lack knowledge of FEMA's programs Too much emphasis in creating graphs instead of producing change and improvements

# Tools that are beneficial to the Agency

- DMAIC methodology provides structure to projects and problem solvingValue stream maps provide a visual manner that assists with process analysisRoadmap that identifies the data types and guides candidates into the correct analysis tools Minitab is an excellent tool for data analysisDecision making should be based on statistical data

# Tools that are not beneficial to the Agency

- Advanced statistics are not applicable or useful to disaster managementMinitab has limited use for disaster data analysis

# Coaching Positive Feedback

- Answered candidate questions, and have been in agreement with project approachMade an effort of connecting theory with their applicability within individuals projectsSome coaches were very patient and constantly tried to bridge the gap between the tools and their applicability in FEMAMentor conversation stimulated thoughts and highlighted areas that candidates needs to work onVery useful Q/A sessions that were guided by candidate's questions

# Coaching Negative Feedback

- At times, coaches' attitudes have been perceived as patronizingSome coaching sessions were a waste of time due to topics discussedCoaches are just reaffirming ideas not providing constructive feedback"Support was not the expected. He should have sat with me and go over the project steps to facilitate the learning process; at least for the most important tools"Coach transition was not well managed

# Program Continuity

- Existing black belts should be facilitating and leading improvement initiatives based on business needsInternal resources leading LSS initiativeChampions training should be longer, they need to have a better understanding of how these projects and concepts work

# Program Continuity

- Solution Based Teams should be facilitated by Black BeltsIt would be beneficial if everybody at every level had LSS awareness through either white belt or yellow belt trainingLeaders should embrace LSS culture as part of the agencies strategic plan

# Summary

- At least 78% of interviewed candidates classified the training between excellent and goodThere was an observed tendency that individuals with a technical background valued LSS training moreIndividuals who were more advanced in their projects tended to have a better understanding of how LSS tools can be applied to the agencyMore practice will lead to better overall deliverablesData analysis should drive fact based decision making



# Questions & Discussion

*Challenges, Innovation, the way forward*





