

20 August 2025



**Champions' Training #2**
**Course Evaluation**
**10 December 2919**



|  | The instructor was knowledgeable and well prepared. | The instructor provided time for questions and review and encouraged group participation. | The instructor related the material to recovery operations and used FEMA related examples. | Overall course rating |
|---|---|---|---|---|
| Poor |  |  | 1 |  |
| Average |  |  | 1 | 1 |
| Good | 6 | 9 | 10 | 9 |
| Excellent | 10 | 7 | 4 | 6 |

20 August 2025



**Champions' Training #3**
**Course Evaluation**
**16 January 2019**



| | The instructor was knowledgeable and well prepared. | The instructor provided time for questions and review and encouraged group participation. | The instructor related the material to recovery operations and used FEMA related examples. | Overall course rating |
|---|---|---|---|---|
| Average | | 1 | 4 | 1 |
| Good | 9 | 11 | 11 | 9 |
| Excellent | 9 | 6 | 3 | 8 |

20 August 2025

3





**Champions' Training Course Evaluation 16 January 2019**

| | The instructor was knowledgeable and well prepared. | The instructor provided time for questions and review and encouraged group participation. | The instructor related the material to recovery operations and used FEMA related examples. | Overall course rating |
|---|---|---|---|---|
| ■ Strongly Disagree | | | | |
| ■ Disagree | | 1 | 4 | 1 |
| ■ Agree | 9 | 11 | 11 | 9 |
| ■ Strongly Agree | 9 | 6 | 3 | 8 |

# Black Belt Training 14-18 Jan 2019

### End of Course Comments

- **"Need more FEMA examples (ask the class to help; modify slides)."**

- "New way of thinking- eliminate waste, think lean, does the process add value"

- "The class will enhance the way that I work and measuring performance and the process to avoid loosing work time."

- "The training will help the Education Sector to improve the work flow process that will speed up the PW process."

- "…will help streamline processes."

- "I plan to design a methodology that will be measurable for DI and implement a PW review process."

- "I want my entire team to learn these concepts so that they can be implemented in our work processes."

- "Very good information!  Fun, respectful and great process."



20 August 2025