# Lean Six Sigma – Course Evaluations

 

# Champions Training Class Evaluations

FEMA

20 August 2025

# Champions' Training 18 December 2018



| | The instructor was knowledgeable and well prepared. | The instructor provided time for questions and review and encouraged group participation. | The instructor related the material to recovery operations and used FEMA related examples. | Overall course rating |
|---|---|---|---|---|
| Strongly Disagree | | | | |
| Disagree | | | 1 | |
| Agree | 6 | 11 | 10 | 10 |
| Strongly Agree | 10 | 5 | 5 | 6 |

20 August 2025



3

# Champions' Training 16 January 2019



Champions' Training Course Evaluation 16 January 2019

| | The instructor was knowledgeable and well prepared. | The instructor provided time for questions and review and encouraged group participation. | The instructor related the material to recovery operations and used FEMA related examples. | Overall course rating |
|---|---|---|---|---|
| Strongly Disagree | | | | |
| Disagree | | | | |
| Agree | 6 | 6 | 10 | 4 |
| Strongly Agree | 10 | 10 | 6 | 12 |



20 August 2025

4

# Champions' Training 30 January 2019



**Champions' Trainining Course Evaluation 30 January 2019**

| | The instructor was knowledgeable and well prepared. | The instructor provided time for questions and review and encouraged group participation. | The instructor related the material to recovery operations and used FEMA related examples. | Overall course rating |
|---|---|---|---|---|
| Strongly Disagree | | | | |
| Disagree | | | | |
| Agree | 3 | 3 | 7 | 3 |
| Strongly Agree | 10 | 10 | 6 | 10 |

20 August 2025

5

# Black Belt Training Class Evaluations



6

# Black Belt Training 14-18 January 2019 Week 1



**Black Belt Training Week 1 Course Evaluation 14-18 January 2019**

|  | The instructor was knowledgeable and well prepared. | The instructor provided time for questions and review and encouraged group participation. | The instructor related the material to recovery operations and used FEMA related examples. | Overall course rating |
|---|---|---|---|---|
| Strongly Disagree |  |  |  |  |
| Disagree |  |  | 2 |  |
| Agree | 5 | 3 | 14 | 7 |
| Strongly Agree | 18 | 20 | 8 | 16 |

# Black Belt Training 11-15 February 2019 Week 2



**Black Belt Training
Week 2
Course Evaluation
11-15 February 2019**

| | The instructor was knowledgeable and well prepared. | The instructor provided time for questions and review and encouraged group participation. | The instructor related the material to recovery operations and used FEMA related examples. | Overall course rating |
|---|---|---|---|---|
| Strongly Disagree | | | | |
| Disagree | | | | |
| Agree | 5 | 5 | 11 | 4 |
| Strongly Agree | 18 | 18 | 8 | 19 |



8

# Black Belt Training 11-15 March 2019 Week 3



**Black Belt Training
Week 3
Course Evaluation
11-15 March 2019**

| | The instructor was knowledgeable and well prepared. | The instructor provided time for questions and review and encouraged group participation. | The instructor related the material to recovery operations and used FEMA related examples. | Overall course rating |
|---|---|---|---|---|
| Strongly Disagree | | | | |
| Disagree | | | | |
| Agree | | 3 | 5 | 3 |
| Strongly Agree | 23 | 20 | 18 | 20 |



# Green Belt Training Class Evaluations



# Green Belt Training 25 Feb-1 Mar 19 Week1

**Green Belt Training Week 2**
**Course Evaluation**
**25 February-1 March 2019**



20 August 2025

11

| | The instructor was knowledgeable and well prepared. | The instructor provided time for questions and review and encouraged group participation. | The instructor related the material to recovery operations and used FEMA related examples. | Overall course rating |
|---|---|---|---|---|
| Strongly Disagree | 1 | 1 | 1 | |
| Disagree | | | | |
| Agree | 2 | 2 | 6 | 4 |
| Strongly Agree | 18 | 20 | 14 | 17 |

# Green Belt Training 18-22 Mar 19 Week 2



**Green Belt Training Week 2**
**Course Evaluation**
**18-22 March 2019**

|  | The instructor was knowledgeable and well prepared. | The instructor provided time for questions and review and encouraged group participation. | The instructor related the material to recovery operations and used FEMA related examples. | Overall course rating |
|---|---|---|---|---|
| Strongly Disagree |  |  |  |  |
| Disagree |  |  | 1 |  |
| Agree | 5 | 2 | 8 | 6 |
| Strongly Agree | 15 | 18 | 11 | 14 |

20 August 2025

12