**MEMORANDUM FOR RECORD**
**Tamaris Aldarondo**
**Manager, Continuous Improvement Process**
**FEMA Recovery Effort-Puerto Rico**

The purpose of this Memorandum for Record (MFR) is to discuss the apparent lack of leadership and management on the part of Tamaris Aldarondo.  In November 2018, she was selected to be the manager for the FEMA Continuous Improvement Process Group in support of the recovery effort ion Puerto Rico.

She is a local hire.  As part of her day to day activities, she was named to be the COR for the Lean Six Sigma contract in Puerto Rico. It is important to mention this in that she does not have any continuous improvement process experience to include Lean Six Sigma (LSS) strategies.

Since November 2018, Miss Aldarondo has displayed a complete lack of understanding with regards to the LSS Statement of Work (SOW), tactical and strategic LSS operations and the employment of LSS.

In December 2018, she was selected to attend the first LSS Black Belt training course in support of the recovery operations.  The premise for the training was to ensure that all LSS employees could provide Puerto Rico operations with a sustainable LSS program.

Black Belt training is a four-week program. To attain Six Sigma Black Belt certification, professionals requires two complete projects with signed affidavits or two complete rapid improvement events with a signed affidavit.

The Six Sigma Black Belt certification generally takes between 1 to 3 months to study for and complete, depending on the organization you get your certification through. Training for FEMA is a four-month program with classes lasting 5 days per month. The certification consists of a theoretical element and a practical element. The full Lean Six Sigma certificate requires work in both a theoretical and practical element.

As cited earlier, Tamaris Aldarondo was selected to participate in the FEMA Black Belt training program. This training provides rigorous instruction in process improvement methodologies.  The selection criteria was strict owing to limited capacity.

She is also working full time on a law degree and is often seen working on school assignments while in LSS training.  On Monday of the third week of training, Miss Aldarondo said she could not attend the full week due to mid-terms.  Though this week was critical and involved instruction complex statistics, we committed to her that we would get her up to speed via three remedial training sessions, each lasting two hours.

The primary instructor for the Black Belt training course provided three two-hour review sessions after week three training.  These review sessions provided the students a review of the statistics sessions that were covered in week three.  Additionally, the LSS Team conducted a weekly standing meeting for all of the students to discuss their projects and training.

**MEMORANDUM FOR RECORD**
**Tamaris Aldarondo**
**Manager, Continuous Improvement Process**
**FEMA Recovery Effort-Puerto Rico**

Additionally, the team conducted a number of separate two-hour session during walk-in consultations.  During the first three weeks of training, over 20 hours of additional training was provided.  Miss Aldarondo did not attend any of the additional training although she missed almost three days of training in week three and another 4 days during weeks 1 and 2.

In addition, each student has a project to complete.  She has made no progress on her project despite numerous efforts to help her.  She even tried to pass the project onto a colleague.  In short, she is ranked last in the Black Belt training.  When she is in training, she does not have the slides on her computer, she is always looking at emails or her phone.

Recently she approached our group and tried to delay taking the final exam by several months.  As the Manager for CIP and as the COR, she has tried to make the training less rigorous.

There exists a clear conflict of interest here.  As leader of the CIP group, she has the influence to change work products.  However, she is attempting to change the agreed upon training and testing to prevent embarrassment for herself for her lack of effort as a student.  She even complained to the prime contractor delivering the training because it was "too hard."  We fear she will sabotage the program to prevent further embarrassment and reduce her workload.

During the week ending 26 April 2019, she asked how the training was perceived by the students.  We reminded her that she has received all of the end of course evaluations.  The evaluations, all anonymous reflected well for the LSS team. She stated that "… perhaps the students were lying with regards to the evaluations."

During the first day of week 4, Miss Aldarondo left training at noon and returned to her office.  It should be noted that she had two employees who attended the Green Belt training, attended all of the sessions, and passed their 90-question test with complex statistics questions.